# EXHIBIT B

Protect your iPhone 7 with a brand new iPhone 7 phone case!

# fineartamerica

ART   HOME   TECH          Search          SELL   CREATE   DISCOVER

Shop    Collections    Subjects    Community    About          Help    Sign In    Join

< Back to Shane Bechler    |    Art > Photographs > Hibiscus Photographs



< PREV | NEXT >



0    31    1

## Tropical Hibiscus

This hibiscus was photographed in Mazatlan, Mexico at a resort during a vacation trip. The iguanas eat these up pretty quick once they bloom, so you have to get out early in the day to get any flower pictures.

 by **Shane Bechler**



*Tropical Hibiscus* is a photograph by Shane Bechler which was uploaded on February 7th, 2014.



| | | |
|---|---|---|
| Canvas Print | Framed Print | Print |
| $57 | $82 | $33 |

### More from Shane Bechler

          View Profile   |   Search

     

  

| Acrylic Print | Metal Print | Greeting Card |
|---|---|---|
| $54 | $47 | $17 |

### Comments

 Post a Comment

There are no comments for *Tropical Hibiscus*.   Click here to post the first comment.

  

| Throw Pillow | Duvet Cover | Tote Bag |
|---|---|---|
| $44 | $180 | $42 |



Shower Curtain

$99

**Title**
Tropical Hibiscus

**Artist**
Shane Bechler

**Medium**
Photograph - Digital Photography

**Description**
This hibiscus was photographed in Mazatlan, Mexico at a resort during a vacation trip. The iguanas eat these up pretty quick once they bloom, so you have to get out early in the day to get any flower pictures.

**Uploaded**
February 7th, 2014

**Statistics**
Viewed 82 Times  -  Last Visitor from Merrick, New York on 11/12/2016 at 6:52 PM

**Colors**

**Embed**
<a href='http://fineartamerica.com/featured/tr
Preview

**Sales Sheet**
PDF

**Tags**

| hibiscus | flower | petals | stem | pod |

| leaf | leaves | plant | botanical | tropical |

| tropics | tropic | mexico | green | yellow |

| pink | red | orange | beauty | beautiful |

## OUR COMPANY

About Us
Our Products
Fulfillment Centers
In the Press
Announcements
Buyer Reviews
Blog
Start Shopping
White-Label Technology
Wholesale Prints

## ART

Paintings
Photographs
Drawings
Digital Art
Mixed Media
Originals

## SHOP

Canvas Prints
Framed Prints
Metal Prints
Acrylic Prints
Prints
Posters
Greeting Cards
iPhone Cases
Galaxy Cases
Throw Pillows
Duvet Covers
Shower Curtains
Tote Bags
T-Shirts
Men's Apparel
Women's Apparel
Round Beach Towels
Weekender Tote Bags
Portable Battery Chargers
Sample Kits
Gift Cards

## CREATE

Create Your Own Products
Print Instagram Photos

## SELLERS

Sell on Fine Art America
Membership Plans
iPhone App
iPad App
Android App
Shopify App

## CONTACT

Contact Us
FAQ
Discussion Forum
Return Policy
Returns
Terms of Use
Privacy Policy

## LOCATION SETTINGS

Merrick, New York (United States)
Currency: USD ($)
Units: Inches

## STAY CONNECTED

Sign up for our newsletter for exclusive deals, discount codes, and more:

Your E-Mail Address    Join

Unsubscribe at any time.

    

Server Status OK

Copyright © 2016 FineArtAmerica.com - All Rights Reserved