# EXHIBIT C

| CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN |

NEW ARRIVALS     CANDLES     FRAGRANCE     CANDLE ACCESSORIES     TRENDS     SALE     SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar 22 oz Scented Oval Jar Candle

FRAGRANCE
EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED



# Tropical Nectar 22 oz Scented Oval Jar Candle

**$25.00**

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: 22 OUNCE OVAL JAR
Dimensions: 22 oz

Qty:  1     ADD TO BAG     ADD TO WISH LIST

Add gift wrap  + $4.25

FIND A STORE NEAR YOU



Tweet    Like 0

Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant 22 oz oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 22 oz oval jar burns for up to 110 hours.



BROWSE THIS SITE     New Arrivals | Candles | Candle Accessories     STAY CONNECTED
                     Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE     FAQ | Contact Us | Candle Care | Site Map     For Exclusive Offers, Enter Email Address     CONNECT

SHIPPING & RETURNS   Shipping Info | Order Tracking | Return Policy

7/27/2016 — Tropical Nectar 3.5 oz Scented Oval Jar Candle

CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN

NEW ARRIVALS   CANDLES   FRAGRANCE   CANDLE ACCESSORIES   TRENDS   SALE   SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar 3.5 oz Scented Oval Jar Candle

FRAGRANCE
- EDIBLE
- FLORAL
- FRUIT
  - AMBER PORT
  - APPLE ORCHARD
  - APRICOT MINT
  - AUTUMN BLISS
  - BERRY SORBET
  - BRAZILIAN LYCHEE
  - CAIPIRINHA
  - CITRUS BOYSENBERRY
  - CRANBERRY COSMO
  - CUCUMBER FRESCA
  - DRAGON FRUIT
  - FINE MERLOT
  - FRESH STRAWBERRY RHUBARB
  - GRAPEFRUIT & GOJI
  - GRAPEFRUIT AND WHEATGRASS
  - GRAPEFRUIT HIBISCUS
  - GUAVA & PAPAYA
  - ISLAND PINEAPPLE
  - JUICY WATERMELON
  - KEY WEST
  - MANGO SALSA
  - MULBERRY
  - NAPA VALLEY
  - NEW YORK CITY
  - OLD FASHIONED LEMONADE
  - ORANGE BLOSSOM
  - PINA COLADA
  - PLUM CASSIS
  - POMANDER TEA
  - RAINBOW ROW
  - SPICED APPLE TODDY
  - TROPICAL FIG
  - TROPICAL NECTAR
- HOLIDAY
- NATURALS
- NONE
- UNSCENTED



## Tropical Nectar 3.5 oz Scented Oval Jar Candle

**$7.50**

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: 3.5 OUNCE OVAL JAR
Dimensions: 3.5 oz

Qty: 1   ADD TO BAG   ADD TO WISH LIST

Add gift wrap   + $4.25

FIND A STORE NEAR YOU



Tweet   Like 0

Product Information   Fragrance Notes   Reviews   Related Items   Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant 3.5 oz oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 3.5 oz oval jar burns for up to 21 hours.



BROWSE THIS SITE — New Arrivals | Candles | Candle Accessories | Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE — FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS — Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address   CONNECT

| CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN |

NEW ARRIVALS    CANDLES    FRAGRANCE    CANDLE ACCESSORIES    TRENDS    SALE    SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar 8 oz Scented Oval Jar Candle

## Tropical Nectar 8 oz Scented Oval Jar Candle

FRAGRANCE
- EDIBLE
- FLORAL
- FRUIT
  - AMBER PORT
  - APPLE ORCHARD
  - APRICOT MINT
  - AUTUMN BLISS
  - BERRY SORBET
  - BRAZILIAN LYCHEE
  - CAIPIRINHA
  - CITRUS BOYSENBERRY
  - CRANBERRY COSMO
  - CUCUMBER FRESCA
  - DRAGON FRUIT
  - FINE MERLOT
  - FRESH STRAWBERRY RHUBARB
  - GRAPEFRUIT & GOJI
  - GRAPEFRUIT AND WHEATGRASS
  - GRAPEFRUIT HIBISCUS
  - GUAVA & PAPAYA
  - ISLAND PINEAPPLE
  - JUICY WATERMELON
  - KEY WEST
  - MANGO SALSA
  - MULBERRY
  - NAPA VALLEY
  - NEW YORK CITY
  - OLD FASHIONED LEMONADE
  - ORANGE BLOSSOM
  - PINA COLADA
  - PLUM CASSIS
  - POMANDER TEA
  - RAINBOW ROW
  - SPICED APPLE TODDY
  - TROPICAL FIG
  - TROPICAL NECTAR
- HOLIDAY
- NATURALS
- NONE
- UNSCENTED



$15.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: 8 OUNCE OVAL JAR
Dimensions: 8 oz

Qty: 1    ADD TO BAG    ADD TO WISH LIST

Add gift wrap + $4.25

FIND A STORE NEAR YOU



Tweet    Like 0

Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant 8 oz oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 8 oz oval jar burns for up to 50 hours.



BROWSE THIS SITE    New Arrivals | Candles | Candle Accessories
Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE    FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS    Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address    CONNECT

| CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN |

NEW ARRIVALS    CANDLES    FRAGRANCE    CANDLE ACCESSORIES    TRENDS    SALE    SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Scented Tealight Candles

FRAGRANCE
- EDIBLE
- FLORAL
- FRUIT
  - AMBER PORT
  - APPLE ORCHARD
  - APRICOT MINT
  - AUTUMN BLISS
  - BERRY SORBET
  - BRAZILIAN LYCHEE
  - CAIPIRINHA
  - CITRUS BOYSENBERRY
  - CRANBERRY COSMO
  - CUCUMBER FRESCA
  - DRAGON FRUIT
  - FINE MERLOT
  - FRESH STRAWBERRY RHUBARB
  - GRAPEFRUIT & GOJI
  - GRAPEFRUIT AND WHEATGRASS
  - GRAPEFRUIT HIBISCUS
  - GUAVA & PAPAYA
  - ISLAND PINEAPPLE
  - JUICY WATERMELON
  - KEY WEST
  - MANGO SALSA
  - MULBERRY
  - NAPA VALLEY
  - NEW YORK CITY
  - OLD FASHIONED LEMONADE
  - ORANGE BLOSSOM
  - PINA COLADA
  - PLUM CASSIS
  - POMANDER TEA
  - RAINBOW ROW
  - SPICED APPLE TODDY
  - TROPICAL FIG
  - TROPICAL NECTAR
- HOLIDAY
- NATURALS
- NONE
- UNSCENTED

# Tropical Nectar Scented Tealight Candles



$8.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: TEALIGHTS
Dimensions: .388 oz

Qty:  1   ADD TO BAG   ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet   Like 0

Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Scented tealights add just the right touch of fragrance and beauty to any setting. Packaged in a box of 9, each tealight burns for up to 5.5 hours.



BROWSE THIS SITE    New Arrivals | Candles | Candle Accessories
                    Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE    FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS  Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address    CONNECT

CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN

NEW ARRIVALS    CANDLES    FRAGRANCE    CANDLE ACCESSORIES    TRENDS    SALE    SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Fragrance Tester

FRAGRANCE
- EDIBLE
- FLORAL
- FRUIT
  - AMBER PORT
  - APPLE ORCHARD
  - APRICOT MINT
  - AUTUMN BLISS
  - BERRY SORBET
  - BRAZILIAN LYCHEE
  - CAIPIRINHA
  - CITRUS BOYSENBERRY
  - CRANBERRY COSMO
  - CUCUMBER FRESCA
  - DRAGON FRUIT
  - FINE MERLOT
  - FRESH STRAWBERRY RHUBARB
  - GRAPEFRUIT & GOJI
  - GRAPEFRUIT AND WHEATGRASS
  - GRAPEFRUIT HIBISCUS
  - GUAVA & PAPAYA
  - ISLAND PINEAPPLE
  - JUICY WATERMELON
  - KEY WEST
  - MANGO SALSA
  - MULBERRY
  - NAPA VALLEY
  - NEW YORK CITY
  - OLD FASHIONED LEMONADE
  - ORANGE BLOSSOM
  - PINA COLADA
  - PLUM CASSIS
  - POMANDER TEA
  - RAINBOW ROW
  - SPICED APPLE TODDY
  - TROPICAL FIG
  - TROPICAL NECTAR
- HOLIDAY
- NATURALS
- NONE
- UNSCENTED

## Tropical Nectar Fragrance Tester

$10.00
**On Sale For: $1.00**

SALE  RETIRING

Candle Scent: TROPICAL NECTAR
Product Form: FRAGRANCE TESTER

Qty: 1    ADD TO BAG    ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet    Like 0

Product Information | Fragrance Notes | Reviews | Related Items | Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Colonial Candles Fragrance Testers provide an easy way to sample new fragrances. Each pack comes with 25 individually wrapped fragrance cards that can be used in many different ways. Place them in your car or add them to drawers at home; a great way to have your favorite fragrances everywhere you go.



BROWSE THIS SITE — New Arrivals | Candles | Candle Accessories | Shop by Fragrance | Trends | **Sale**

CUSTOMER SERVICE — FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS — Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address    CONNECT

| CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN |

NEW ARRIVALS  CANDLES  FRAGRANCE  CANDLE ACCESSORIES  TRENDS  SALE  SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Scented Votive Candle

FRAGRANCE
- EDIBLE
- FLORAL
- FRUIT
  - AMBER PORT
  - APPLE ORCHARD
  - APRICOT MINT
  - AUTUMN BLISS
  - BERRY SORBET
  - BRAZILIAN LYCHEE
  - CAIPIRINHA
  - CITRUS BOYSENBERRY
  - CRANBERRY COSMO
  - CUCUMBER FRESCA
  - DRAGON FRUIT
  - FINE MERLOT
  - FRESH STRAWBERRY RHUBARB
  - GRAPEFRUIT & GOJI
  - GRAPEFRUIT AND WHEATGRASS
  - GRAPEFRUIT HIBISCUS
  - GUAVA & PAPAYA
  - ISLAND PINEAPPLE
  - JUICY WATERMELON
  - KEY WEST
  - MANGO SALSA
  - MULBERRY
  - NAPA VALLEY
  - NEW YORK CITY
  - OLD FASHIONED LEMONADE
  - ORANGE BLOSSOM
  - PINA COLADA
  - PLUM CASSIS
  - POMANDER TEA
  - RAINBOW ROW
  - SPICED APPLE TODDY
  - TROPICAL FIG
  - TROPICAL NECTAR
- HOLIDAY
- NATURALS
- NONE
- UNSCENTED

# Tropical Nectar Scented Votive Candle



$2.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: VOTIVE
Dimensions: 2.25 in

Qty:  1    ADD TO BAG    ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet   Like 0

Product Information | Fragrance Notes | Reviews | Related Items | Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Colonial Candle scented votives bring your favorite candle accessories to life and enhance any room of your home with beautiful color and fragrance. Individually wrapped to retain fragrance, our votives burn for up to 17 hours.



BROWSE THIS SITE   New Arrivals | Candles | Candle Accessories
Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE   FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS   Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address   CONNECT

7/27/2016                                                   Tropical Nectar Simmer Snaps

| CONSUMER HELP | TRACK ORDER    WISH LIST    SHOPPING BAG (0)    CHECKOUT    LOGIN

NEW ARRIVALS     CANDLES     FRAGRANCE     CANDLE ACCESSORIES     TRENDS     SALE     SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Simmer Snaps

FRAGRANCE
 EDIBLE
 FLORAL
 FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
 HOLIDAY
 NATURALS
 NONE
 UNSCENTED

## Tropical Nectar Simmer Snaps



**$4.00**

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: SIMMER SNAPS

**Qty:** 1    ADD TO BAG    ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet   Like 0

  



Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Colonial Candle Simmer Snaps wax melts provide a convenient, flameless way to enjoy your favorite Colonial Candle fragrances. Each 2.4 oz oval shaped wax package contains six squares that are easily snapped apart and placed in a wax melt warmer for a highly fragrant experience.



BROWSE THIS SITE    New Arrivals | Candles | Candle Accessories
                    Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE   FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address    CONNECT

7/27/2016 — Tropical Nectar Air Freshener

| CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN |

NEW ARRIVALS   CANDLES   FRAGRANCE   CANDLE ACCESSORIES   TRENDS   SALE   SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Air Freshener

FRAGRANCE
- EDIBLE
- FLORAL
- FRUIT
  - AMBER PORT
  - APPLE ORCHARD
  - APRICOT MINT
  - AUTUMN BLISS
  - BERRY SORBET
  - BRAZILIAN LYCHEE
  - CAIPIRINHA
  - CITRUS BOYSENBERRY
  - CRANBERRY COSMO
  - CUCUMBER FRESCA
  - DRAGON FRUIT
  - FINE MERLOT
  - FRESH STRAWBERRY RHUBARB
  - GRAPEFRUIT & GOJI
  - GRAPEFRUIT AND WHEATGRASS
  - GRAPEFRUIT HIBISCUS
  - GUAVA & PAPAYA
  - ISLAND PINEAPPLE
  - JUICY WATERMELON
  - KEY WEST
  - MANGO SALSA
  - MULBERRY
  - NAPA VALLEY
  - NEW YORK CITY
  - OLD FASHIONED LEMONADE
  - ORANGE BLOSSOM
  - PINA COLADA
  - PLUM CASSIS
  - POMANDER TEA
  - RAINBOW ROW
  - SPICED APPLE TODDY
  - TROPICAL FIG
  - TROPICAL NECTAR
- HOLIDAY
- NATURALS
- NONE
- UNSCENTED

# Tropical Nectar Air Freshener

$3.00
**On Sale For: $1.50**

SALE  RETIRING

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: AIR FRESHENERS

Qty: 1   ADD TO BAG   ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet   Like 0

Product Information   Fragrance Notes   Reviews   Related Items   Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. With Colonial Candle Air Fresheners, you will never be without great fragrance.



BROWSE THIS SITE: New Arrivals | Candles | Candle Accessories | Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE: FAQ | Contact Us | Candle Care | Site Map

SHIPPING & RETURNS: Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address   CONNECT