# EXHIBIT D



**"Colonial Candle® Tropical Nectar Scented Candles" Is Not Available For Sale Online.**
This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.





# Colonial Candle® Tropical Nectar Scented Candles

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**

**No Longer Available For Sale Online.**

Hover to zoom | Click to view larger

## Customers Also Viewed











**Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle**

$1.49

**Yankee Candle® Bahama Breeze Sampler® Votive Candle**

$1.99

**Yankee Candle® Housewarmer® Vanilla Cupcake Votive Candle**

$1.99

**Yankee Candle® Good Air® Just Plain Clean™ Odor Eliminating Trial-Size Votive Candle**

$1.49

**Yankee Candle® Housewarmer® Pumpkin Pie Votive Candle**

$1.49

**CLEARANCE!**

FRAGRANCE OF THE
MONTH

## You May Also Like...



**Yankee Candle®
Housewarmer® Mango
Peach Salsa Small
Classic Jar Candle**

$10.99



**Yankee Candle®
Housewarmer® Mango
Peach Salsa 3-Wick
Candle**

$22.99



**Yankee Candle® Mango
Peach Salsa Medium
Lidded Tumbler Candle**

$24.99



**Yankee Candle® Mango
Peach Salsa Small
Lidded Tumbler Candle**

$15.99



**Yankee Candle® Mango
Peach Salsa Tea Light
Accent Candles (Box of
12)**

$9.99

## In This Collection



**Colonial Candle® Tropical Nectar
Scented Candle in 1.7-Ounce
Votive**

0 Review

OUT OF STOCK ONLINE





Colonial Candle® Tropical Nectar Scented
Candle in 8-Ounce Oval Jar Candle
0 Review

**OUT OF STOCK ONLINE**

Colonial Candle® Tropical Nectar 22-Ounce
Oval Scented Jar Candle
0 Review

**OUT OF STOCK ONLINE**

© 2016 Bed Bath & Beyond Inc. and its subsidiaries



<div style="border: 1px solid #e0b33a;">

**"Colonial Candle® Tropical Nectar 22-Ounce Oval Scented Jar Candle" Is Not Available For Sale Online.**
This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.

</div>



# Colonial Candle® Tropical Nectar 22-Ounce Oval Scented Jar Candle

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**



Part of the  Colonial Candle® Tropical Nectar Scented Candles  Collection

**No Longer Available For Sale Online.**

Hover to zoom | Click to view larger

## Customers Also Viewed











| Unscented Votive Candles (Set of 20) | Brazilian Sunset Fragrance Cubes | Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle | Yankee Candle® Bahama Breeze Sampler® Votive Candle | Yankee Candle® Housewarmer® Vanilla Cupcake Votive Candle |
|---|---|---|---|---|
| $6.99 Each | $2.99 | $1.49 | $1.99 | $1.99 |

Colonial Candle® Tropical Nectar 22 Ounce Oval Scented Jar Candle - www.bedbathandbeyond.com    11/12/16, 5:45 PM

## You May Also Like...



**Yankee Candle® Housewarmer® Mango Peach Salsa 3-Wick Candle**

$22.99



**Yankee Candle® Housewarmer® Mango Peach Salsa Small Classic Jar Candle**

$10.99



**Eva NYC Max Heat Titanium Styling Flat Iron in Galaxy**

$54.99

Free Shipping on Orders Over $29



**Yankee Candle® Mango Peach Salsa Medium Lidded Tumbler Candle**

$24.99



**Yankee Candle® Housewarmer® Mango Peach Salsa Medium Classic Jar Candle**

$24.99

© 2016 Bed Bath & Beyond Inc. and its subsidiaries



> **"Colonial Candle® Tropical Nectar Scented Candle In 1.7-Ounce Votive" Is Not Available For Sale Online.**
> This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.



# Colonial Candle® Tropical Nectar Scented Candle in 1.7-Ounce Votive

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**

 Part of the  Colonial Candle® Tropical Nectar Scented Candles  Collection

**No Longer Available For Sale Online.**

🔍 Hover to zoom | Click to view larger

## Customers Also Viewed











| | | | | |
|---|---|---|---|---|
| **Unscented Votive Candles (Set of 20)** | **Yankee Candle® Housewarmer® Red Apple Wreath™ 1.75 Votive Candle** | **Yankee Candle® Bahama Breeze Sampler® Votive Candle** | **Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle** | **Yankee Candle® Housewarmer® Pumpkin Pie Votive Candle** |
| $6.99 Each | $1.49 | $1.99 | $1.49 | $1.49 |
| | Was $1.99 | | | CLEARANCE! |

Colonial Candle® Tropical Nectar Scented Candle in 1.7-Ounce Votive - www.bedbathandbeyond.com

11/12/16, 5:46 PM

CLEARANCE!

FRAGRANCE OF THE
MONTH

FRAGRANCE OF THE
MONTH

## You May Also Like...



Ultimate Tuffy Bone Dog
Toy in Red Paw

**$11.99**



Ultimate Tuffy
Boomerang Dog Toy in
Red Paws

**$9.99**



Black & Decker® Stanley
8-Inch Adjustable
MaxGrip Wrench

**$14.99**



Tuffy® JR Squid Pet Toy
in Red

**$6.99**



Artland® Tasty Dairy
Keeper

**$9.99**

© 2016 Bed Bath & Beyond Inc. and its subsidiaries



> **"Colonial Candle® Tropical Nectar Scented Candle In 8-Ounce Oval Jar Candle" Is Not Available For Sale Online.**
> This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.

# Colonial Candle® Tropical Nectar Scented Candle in 8-Ounce Oval Jar Candle



Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**

 **Part of the** Colonial Candle® Tropical Nectar Scented Candles Collection

**No Longer Available For Sale Online.**

🔍 Hover to zoom | Click to view larger

## Customers Also Viewed



**Unscented Votive Candles (Set of 20)**

$6.99 Each

**Loft Living Flameless LED Pillar Candles with Timer in Ivory (Set of 4)**

$19.99



**Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle**

$1.49



**Yankee Candle® Bahama Breeze Sampler® Votive Candle**

$1.99



**Yankee Candle® Housewarmer® Vanilla Cupcake Votive Candle**

$1.99

Colonial Candle® Tropical Water-scented Candle in 8-Ounce Oval Jar Candle - www.BedBathandBeyond.com    11/12/16, 5:46 PM

## You May Also Like...



**Yankee Candle® Exotic Bloom 2-Wick Lidded Candle Tumbler**

$19.99

Was $27.99

CLEARANCE!



**Yankee Candle® Housewarmer® Mango Peach Salsa Small Classic Jar Candle**

$10.99



**Yankee Candle® Bahama Breeze Large Lidded Candle Tumbler**

$27.99



**Yankee Candle® Mango Peach Salsa Medium Lidded Tumbler Candle**

$24.99



**Yankee Candle® Housewarmer® Mango Peach Salsa 3-Wick Candle**

$22.99

© 2016 Bed Bath & Beyond Inc. and its subsidiaries