# EXHIBIT E

FREE SHIPPING Over $49* | Up to 70% OFF Friends & Family Thanksgiving Sale »     Registry    Idea Boards    Ac

**wayfair**    Departments ⌄    Rooms ⌄    Inspiration    Sale     Find anything for your home...

Décor / Home Accents / ... / Jar Candles / Colonial Candle    SKU: CCAN1301     Share:

### Tropical Nectar Jar Candle by Colonial Candle

Write the First Review | Ask the First Question

**$63.96** ~~$83.96~~ **24% Off**

Free Shipping on orders over $49.00

Get it by **Fri, Nov 18**

After this purchase, you'll unlock FREE shipping with NO MINIMUM on all orders through Dec 12

Set of: 4

Add to Cart    Buy It Now    Save to Idea Board

Product Information:
- 10+ in Stock

#### Customers Also Viewed

 We are Good Friend... $17.99

 I Forgive and Forge... $11.99

 Alcohol May Not Sol... $11.99

 Material Girl Table ... $68.99

 In Bloom Cape Jas... $29.99

**Information** | Specifications | Shipping & Returns | Manufacturer | Reviews | Q&A

### Information

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 8 oz oval jar burns for up to 50 hours.

#### Features

- Material: Wax
- Cotton wicks
- Scent: Tropical Nectar
- Oval shape
- Made in USA

+ More



Advertisement Feedback

More By This Manufacturer

## Specifications

We're sorry, we have no weights and dimensions for this product.

### Features

Candle Material: Other
- Candle Material Details: Wax

Number of Candles Included: 1

Scented: Yes
- Scent Name: Tropical Nectar
- Type of Scent: Fresh

Holder Included: Yes
- Holder Material: Glass

Candle Type: Jar

Color: Orange

+ More

## Shipping & Returns

**Expected delivery dates for 11581** Change

| Ground – Get it by **Fri, Nov 18** |
| Express – Get it by **Thu, Nov 17** |

Delivery Estimate created on Saturday, November 12, 2016 at 05:52 PM

Shipping Policy

### Extended Holiday Return Policy!

Don't sweat the holidays with our extended return policy. You'll have until 01/31/2017 to return purchases placed between 11/01/2016 and 12/25/2016. Just log into My Account to fill out our self-service return process. *Please note, you will be responsible for return shipping costs. If you receive an item that has a problem, please report the issue through My Account.
Learn more.

## Wayfair's Manufacturer Insights

When it comes to shopping for furniture, we know that first-hand experience is important in helping you make an informed decision about the item you are purchasing. Wayfair has independently evaluated this brand — no money was exchanged, no favors were fulfilled—so that you can shop with confidence. More Info



| Great Value | Dependable Design | Cherished Heirloom |

## Reviews

No one's written a review yet—why not write the first one?

Write the First Review

## Questions & Answers

No one's asked a question yet—why not get the conversation going?

---

**Holiday Sparkle Jar ...**
Colonial Candle

$63.96

**Holiday Sparkle Jar ...**
Colonial Candle

$51.98

**Mulberry Jar Candl...**
Colonial Candle

$63.96

**Mulberry Jar Candl...**
Colonial Candle

$51.98

**Ceramic Wax Melte...**
Colonial Candle

$79.96

### Start Saving with Sherwin-Williams

Love the shade of the product on this page? Save on similar paint colors, or add
swatches to Idea Boards for later.



SW 6885 — Knockout Orange
SW 6855 — Dragon Fruit
SW 6431 — Leapfrog
SW 2814 — Rookwood Antique Gold

Save on the colors above with
**$15 OFF***
your purchase of $60 or more at SHERWIN-WILLIAMS.
**GET COUPON**
Decisive Yellow SW 6902


Ask a Question

## Related Products



**Blueberry Scone Jar Candle (Set of 4)**

Quickview



**Patchouli Jar Candle (Set of 4)**

Quickview



**Citrus and Sage Jar Candle**

Quickview



**Day at the Spa Jar Candle**

Quickview



**English Ivy Jar Candle**

Quickview



**French Vanilla Jar Candle**

Quickview

## Sponsored Links

**expedia.com ▾**
★★★★½ (4.3)

**Tropical Nectar Guest House**
Best Rates or Refund + $50 Coupon. Expedia Guarantees the Best Price.
Same Day Availability · 11+ Million Hotel Reviews
Ratings: Selection 10/10 - Website 9/10 - Prices 9/10 - Fees 9/10
2015 World's Leading Online Travel Agency - World Travel Awards

| Last Minute Deals | Book Hotel+Flight & Save |
| Exclusive Deals | Luxury Hotels |
| Verified Hotel Reviews | Build Your Custom Trip |

**capecandl… ▾**
★★★★★ (4.9)

**Colonial Candle -Save 15%**
**Colonial Candle** Tapers, Melts, **Jars** Votives,Tealights. Free ship offer.

**monticellos… ▾**

**Colonial Candles**
20% Off Seasonal Décor, No Minimum! Shop Now and Use Code HDAY16
Sales Support Monticello · Unique Historical Gifts

| Wreaths | Heirloom Seeds |
| Linens | Pillows & Rugs |
| Home Accents | Wall Decor |

## Recent History


**Tropical Nect…**
Colonial Candle
$51.98


**Tropical Nect…**
Colonial Candle
$63.96

Our Retail Brands

About Wayfair   |   My Account   |   Manage Email Subscriptions   |   Help   |   Careers   |   Investors

Enter your email address to save up to 70% every day     Submit

Copyright 2002-2016 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116
Terms of Use   |   Privacy   |   Interest-Based Ads   |   Shop Wayfair International
Your Customer Reference #: **01-X-CSN**

FREE SHIPPING Over $49* | Up to 70% OFF Friends & Family Thanksgiving Sale »      Registry    Idea Boards    Ac

**wayfair**    Departments ⌄    Rooms ⌄    Inspiration    Sale        Find anything for your home...

Décor    Home Accents    ...    Jar Candles    Colonial Candle    SKU: CCAN1302        Share:



### Tropical Nectar Jar Candle by Colonial Candle

Write the First Review | Ask the First Question

**$51.98**   ~~$73.98~~   **30% Off**

Free Shipping on orders over $49.00
Get it by **Fri, Nov 18**

After this purchase, you'll unlock FREE shipping with NO MINIMUM on all orders through Dec 12

Set of: 2

Add to Cart    Buy It Now    Save to Idea Board

 

**Product Information:**
- 10+ in Stock

## Customers Also Viewed

    

| We are Good Friend... | Alcohol May Not Sol... | I Forgive and Forge... | Tropical Garden by ... | Washington State U... |
|---|---|---|---|---|
| $17.99 | $11.99 | $11.99 | $39.99 | $9.41 |

**Information** | Specifications | Shipping & Returns | Manufacturer | Reviews | Q&A

## Information

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 2 oz oval jar burns for up to 110 hours.

### Features
- Material: Wax
- Cotton wicks
- Scent: Tropical Nectar
- Oval shape
- Made in USA

+ More



61% off       58% off

BUY       BUY

Advertisement Feedback

## More By This Manufacturer

## Specifications

We're sorry, we have no weights and dimensions for this product.

### Features

Candle Material: Other
- Candle Material Details: Wax

Number of Candles Included: 1

Scented: Yes
- Scent Name: Tropical Nectar
- Type of Scent: Fresh

Holder Included: Yes
- Holder Material: Glass

Candle Type: Jar

Color: Orange

+ More

## Shipping & Returns

**Expected delivery dates for 11581** Change

| Ground – Get it by **Fri, Nov 18** |
| Express – Get it by **Thu, Nov 17** |

Delivery Estimate created on Saturday, November 12, 2016 at 05:54 PM

Shipping Policy

### Extended Holiday Return Policy!

Don't sweat the holidays with our extended return policy. You'll have until 01/31/2017 to return purchases placed between 11/01/2016 and 12/25/2016. Just log into My Account to fill out our self-service return process. *Please note, you will be responsible for return shipping costs. If you receive an item that has a problem, please report the issue through My Account.
Learn more.

## Wayfair's Manufacturer Insights

When it comes to shopping for furniture, we know that first-hand experience is important in helping you make an informed decision about the item you are purchasing. Wayfair has independently evaluated this brand — no money was exchanged, no favors were fulfilled—so that you can shop with confidence. More Info



Great Value     Dependable Design     Cherished Heirloom

## Reviews

No one's written a review yet—why not write the first one?

Write the First Review

## Questions & Answers

No one's asked a question yet—why not get the conversation going?

---


Holiday Sparkle Jar ...
Colonial Candle
$63.96


Holiday Sparkle Jar ...
Colonial Candle
$51.98


Mulberry Jar Candl...
Colonial Candle
$63.96


Mulberry Jar Candl...
Colonial Candle
$51.98


Ceramic Wax Melte...
Colonial Candle
$79.96

### Start Saving with Sherwin-Williams

Love the shade of the product on this page? Save on similar paint colors, or add
swatches to Idea Boards for later.

SW 7757 High Reflective White     SW 6640 Tangerine

SW 6618 Cosmetic Peach     SW 6885 Knockout Orange



Save on the colors above with
**$15 OFF**\*
your purchase of $60 or more at *SHERWIN-WILLIAMS.*
*GET COUPON
Decisive Yellow SW 6902

Ask a Question

## Related Products

**Blueberry Scone Jar Candle (Set of 4)**
Quickview

**Patchouli Jar Candle (Set of 4)**
Quickview

**Citrus and Sage Jar Candle**
Quickview

**Day at the Spa Jar Candle**
Quickview

**English Ivy Jar Candle**
Quickview

**French Vanilla Jar Candle**
Quickview

## Sponsored Links

**expedia.com ▼**
★★★★☆ (4.3)

**Tropical Nectar Guest House**
Best Rates or Refund + $50 Coupon. Expedia Guarantees the Best Price.
Best Price Guarantee · Same Day Availability · Expedia+ Rewards
Ratings: Selection 10/10 - Website 9/10 - Prices 9/10 - Fees 9/10
2015 World's Leading Online Travel Agency - World Travel Awards

Last Minute Deals               Book Hotel+Flight & Save
Exclusive Deals                 Verified Hotel Reviews
Build Your Custom Trip          Luxury Hotels

**capecandl… ▼**
★★★★★ (4.9)

**Colonial Candle -Save 15%**
**Colonial Candle** Tapers, Melts, **Jars** Votives,Tealights. Free ship offer.

**monticellos… ▼**

**Colonial Candles**
20% Off Seasonal Décor, No Minimum! Shop Now and Use Code HDAY16
Exclusive Jefferson Gifts · Unique Historical Gifts

Home Accents        Wall Decor
Pillows & Rugs      Wreaths
Heirloom Seeds      Linens

## Recent History


**Tropical Nect…**
Colonial Candle
$63.96


**Tropical Nect…**
Colonial Candle
$51.98

Our Retail Brands

About Wayfair  |  My Account  |  Manage Email Subscriptions  |  Help  |  Careers  |  Investors

Enter your email address to save up to 70% every day    Submit

Copyright 2002-2016 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116
Terms of Use  |  Privacy  |  Interest-Based Ads  |  Shop Wayfair International
Your Customer Reference #: 01-X-CSN