# EXHIBIT F

Case 1:16-cv-08837-LAP   Document 1-6   Filed 11/14/16   Page 1 of 3



