

David G. Ebert

January 9, 2017

Direct Dial: (212) 907-9603
DEbert@ingramllp.com

By ECF

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 12A

    Re:    *Shane Bechler v. MVP Group International, Inc.*
            1:16-cv-08837 (LAP) (KNF)

Dear Judge Preska:

    My firm represents defendant Jet.com. In accordance with Your Honor's December 7, 2016 Order, Jet.com's answer is due on January 10, 2017. Plaintiff, however, has yet to serve Jet.com with process. Accordingly, we respectfully ask the Court to adjourn Jet.com's time to answer to 30 days after service of the complaint on it.

                                              Respectfully yours,

                                              David G. Ebert

Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue  New York, NY 10177 | tel 212.907.9600 | fax 212.907.9681 | www.ingramllp.com | Legal Netlink Alliance www.legalnetlink.com

535483_1/03859-0001