January 9, 2017

**VIA ECF**

Honorable Loretta A. Preska, U.S.D.J
United States District Court for the Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Bechler v. MVP Group International Inc. et al,*
      *Docket No. 1:16-cv-08837-LAP*

Dear Judge Preska,

We are counsel for Plaintiff Shane Bechler in the above-referenced action.

Plaintiff respectfully requests an extension of time to respond to the Defendants' letter motion, dated January 4, 2017. The current deadline to respond to the letter is January 9, 2017. This is Plaintiffs' first request for an extension.

We thank the Court for its attention to this request.

*Counsel's time to respond to Defendants' letter motion is extended to January 18, 2017.*

SO ORDERED.
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/10/17

Respectfully Submitted,

/s/Yekaterina Tsyvkin
Richard Liebowitz
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
kt@LiebowitzLawFirm.com

*Attorneys for Bechler*