Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

June 6, 2017

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Bechler v. MVP Group International et al. (1:16-cv-08837-LAP)***

Dear Judge Preska,

We represent Plaintiff, Shane Bechler, in the above in-captioned case. Plaintiff respectfully requests to appear telephonically for the status conference scheduled for June 20, 2017 at 3pm as he resides in Colorado.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Shane Bechler*