Honorable Loretta A. Preska, U.S.D.J.
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

Re:   *Shane Bechler V. MVP Group International, Inc. et al,*
       *Docket No. 1:16-cv-8837 (LAP)*

Dear Judge Preska,

    We represent Plaintiff Shane Bechler ("Bechler") in the above-referenced matter. Pursuant to Local Civil Rule 37.2, Plaintiff respectfully requests a pre-motion discovery conference regarding the Defendant MVP Group International, Inc. ("MVP") failure to provide a license that allegedly covers the infringing use.

    In its Answer Defendant asserts an affirmative defense of having a license that covers the alleged infringing use. *See* Dk. 13 ¶¶50-52. During the Interim Pretrial Conference, MVP continued to rely on a purported license but instead of producing the actual license and applicable terms it merely referred to IStock's website. IStock's website has some current contractual language that may or may not apply to the license obtained by MVP. It is highly speculative and unnecessary to rely on IStock's current contractual terms pertaining to some theoretical use, especially when MVP has custody, control of or access to the actual license from IStock that might cover the allegedly infringing use. Bechler has requested that the Defendant provide the license upon which it relies in its answer and at the pretrial conference, but to no avail. To be sure, the actual license and applicable terms are central to the case. The existence of a license that allegedly covers the infringing use would be dispositive.

    Furthermore, in refusing to produce the license, MVP has forced the Plaintiff to undertake burdensome measures such as subpoenaing the records from IStock. In fact, Plaintiff has already undertaken steps to subpoenaing IStock (U.S.) Inc. *See* Exhibit A. Though IStockphoto LP will not comply with the subpoena until it conforms to Alberta Rules of Court, Plaintiff requests the Court's intervention before undertaking even more expensive measures such as perfecting the subpoena pursuant to Canadian procedures. *See* Exhibit B. These onerous steps are easily avoidable if the Defendant simply produces the license upon which it has heavily relied.

    In summary, Bechler is respectfully requesting that the Court grant an informal conference to evaluate the Plaintiff's request.


Respectfully Submitted,

*/s/Yekaterina Tsyvkin*
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
kt@LiebowitzLawFirm.com
*Attorneys for Plaintiff Shane Bechler*