# EXHIBIT A

# Delaware Attorney Services LLC #093-001



**Delaware Attorney Services**

Delaware Attorney Services LLC
3516 Silverside Road Suite 16
Wilmington, DE 19810

(302)429-0657
delatty@comcast.net
http://www.theprocessservers.com

# Invoice

| Date | Invoice # |
|---|---|
| 06/29/2017 | A16650 |
| Terms | |
| Due on receipt | |

| Bill To |
|---|
| Richard P. Liebowitz, Esquire<br>Liebowitz Law Firm, PLLC<br>11 Sunrise Plaza, Suite 301<br>Valley Stream, NY  11580 |

| Amount Due | Enclosed |
|---|---|
| $50.00 | |

*Please detach top portion and return with your payment.*

| Case Caption | Case # | Reference # |
|---|---|---|
| Bechler v MVP Group Intl. | 1:16-cv-8837-LAP | Shane Bechler |

| Activity | Rate | Amount |
|---|---|---|
| • ISTOCK (U.S.), Inc.<br>  - Shane Bechler v MVP Group International<br>• * CREDIT CARD WILL BE CHARGED IN THE AMOUNT OF $50.00 | | 50.00 |
| | Total | $50.00 |

The greatest compliment we can receive is a referral from our happy customers.

Delaware Attorney Services LLC          Tax ID No: 45-2773457          www.theprocessservers.com

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Shane Bechler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16-cv-8837-LAP |
| MVP Group International, Inc., Bed Bath & Beyond Inc., Wayfair LLC, Jet.com, Inc. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  ISTOCK (U.S.) Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
  Please see attached Exhibit A

| Place: Liebowitz Law Firm, PLLC, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580 | Date and Time: July 7, 2017 at 11am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

         *CLERK OF COURT*
                                           OR
                                                              /s/Richard Liebowitz
_____                    _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Shane Bechler _____, who issues or requests this subpoena, are:
Richard P. Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580. Tele: 516-233-1660. RL@LiebowitzLawFirm.com

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## EXHIBIT A

1. Please provide the Istock license, on behalf of Shane Bechler, issued to MVP Group International Inc., its subsidiaries, parent companies, predecessors or successors in interest, on September 21, 2011. See Exhibit B.

2. Please provide the full terms and conditions, including but not limited to the definitions of those terms, applicable to the license produced in Request No.1 at the time that license was issued.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 16-cv-8837-LAP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ISTOCK (U.S.) Inc.
on *(date)* 06/27/2017 .

☑ I served the subpoena by delivering a copy to the named person as follows: Accepted by Amy McLaren, of Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE 19801 on 06/27/2017 at 2:25 PM on *(date)* 06/27/2017 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ 50.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 06/29/2017

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd. # 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.: