# EXHIBIT B



Blake, Cassels & Graydon LLP
Barristers & Solicitors
Patent & Trade-mark Agents
855 - 2nd Street S.W.
Suite 3500, Bankers Hall East Tower
Calgary AB  T2P 4J8  Canada
Tel: 403-260-9600  Fax: 403-260-9700

Richard D. Bell
Dir: 403-260-9656
richard.bell@blakes.com

July 26, 2017

VIA E-MAIL rl@liebowitzlawfirm.com
and REGULAR MAIL

Reference: 00084479/000001

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
USA

RE:   Shane Bechler v MVP Group International, Inc. et al.
      Subpoena Regarding iStockphoto LP

Dear Mr. Liebowitz:

We are counsel to iStockphoto LP and are in receipt of the purported subpoena that was delivered to our office as registered office in Alberta for iStockphoto LP.

As you are likely aware, the purported subpoena has not been properly served pursuant to the Alberta *Rules of Court*, AR 124/2010, as amended, or otherwise pursuant to Alberta or Canadian procedure. As you know, the US District Court for the Southern District of New York does not have jurisdiction over a corporation incorporated and resident in Alberta. In order to be validly served, any subpoena with respect to US court proceedings would need to follow the established procedure, first by obtaining a Request for Judicial Assistance and Letters Rogatory directed to the Alberta Court of Queen's Bench and then bringing a motion before the Alberta Court of Queen's Bench for an Order recognizing such Request and validating the subpoena.

We also note that the purported subpoena does not appear to be complete and has not been signed by anyone on behalf of the plaintiff.

iStockphoto LP will comply, and is only required to comply, with a validly issued subpoena or court order. The purported subpoena is not such a document.

Please feel free to call me should you wish to discuss further.

Yours truly,

*[signature]*

Richard D. Bell

RBE/srt
31305406.1

TORONTO   CALGARY   VANCOUVER   MONTRÉAL   OTTAWA   NEW YORK   LONDON   RIYADH/AL-KHOBAR*   BAHRAIN   BEIJING

Blake, Cassels & Graydon LLP | *Associated Offices | blakes.com