# BOND SCHOENECK & KING

One Lincoln Center, Syracuse, NY 13202-1355| bsk.com

**GEORGE MCGUIRE, ESQUIRE**
gmcguire@bsk.com
P: (315)218-8515
F: (315)218-8100

August 21, 2017

**VIA ECF**

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Response to Plaintiff's Request for Pre-Motion Discovery Conference*
      *Case No. 16-cv-8837, Bechler v. MVP Group International, Inc. et. al.*

Dear Judge Preska:

This office represents Defendant MVP Group International, Inc. ("MVP"), Bed Bath & Beyond Inc. ("BBB"), and Wayfair LLC ("Wayfair") in the above referenced action. Please accept this letter as the Response Letter to Plaintiff's August 15, 2017, Letter (Dkt. 23).

A pre-motion discovery conference before this Court is unnecessary and inappropriate at this time. First, Plaintiff has yet to serve any discovery on MVP, BBB, and Wayfair (collectively "Defendants"), let alone consult with Defendants' counsel regarding any discovery disputes arising from the same. Thus, there are no discovery disputes at this time, let alone any disputes ripe for discussion at the requested conference. Second, initial disclosures are not yet due, such that the parties have yet to exchange any materials or documents; thus, there are no issues to discuss regarding initial disclosures either, let alone any issues ripe for discussion at the requested conference. Lastly, Plaintiff can easily remedy his failure to properly serve the subpoena discussed in Ex. B to the Letter (Dkt. 23-2) without need to confer regarding the same with the parties or this Court at the requested conference.

For these reasons, it would ultimately be a waste of judicial resources as well as the

Honorable Loretta A. Preska, Esquire
August 21, 2017
Page 2

parties' time and money to have another conference at this juncture.

Sincerely,

BOND, SCHOENECK & KING, PLLC


/s/ *George R. McGuire*
George R. McGuire, Esquire
Member

GRM/as
cc: Matt Dillon, MVP International, Inc.
    Richard Liebowitz, Esq.