UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANE BECHLER,

            Plaintiff,

    -against-

MVP GROUP INTERNATIONAL, INC. et al.,

            Defendant.



16 Civ. 8837 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's August 15, 2017 letter requesting a conference (dkt. no. 23). Plaintiff cites no Federal Rule of Civil Procedure that warrants his request for a pre-motion conference at this juncture. Furthermore, the Court agrees with Defendant that a discovery conference before this Court appears unnecessary and inappropriate at this time. Thus, Plaintiff's request for a conference is denied, but may be renewed at a later, more appropriate time.

SO ORDERED.

Dated:    New York, New York
          September 14, 2017

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge