

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**GEORGE R. MCGUIRE, ESQ.**
gmcguire@bsk.com
P: 315.218.8515

September 19, 2018

**VIA ELECTRONIC FILING**

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Request for Telephonic Appearance*
      *Case No. 16-cv-8837, Bechler v. MVP Group International, Inc. et. al.*

Dear Judge Preska:

We are counsel to MVP Group International, Inc., Bed Bath & Beyond Inc., and Wayfair LLC (collectively "MVP Defendants") in the above-referenced action. As you may recall, we had an interim pretrial conference in this case on June 22, 2017. The last docket entry in the case was dated September 14, 2017, a denial of a request from Plaintiff for a conference. No further action has been taken on this case since that time.

On September 17, 2018, we contacted plaintiff's counsel to request a stipulation of dismissal of the action in light of the extraordinary length of time having passed since the case was filed and any action has been taken by the plaintiff. Plaintiff has refused to dismiss the case and we are therefore writing to request a conference wherein we can set a schedule in the case. In addition, the MVP Defendants are interested in filing a Rule 56 summary judgement motion based upon the license it has to reproduce the alleged infringing photograph, as well as a motion for costs and attorney's fees pursuant to Section 505 of the Copyright Act, and sanctions under Section 1927 and the inherent power of the Court based on, among other things, Plaintiff's lack of a reasonable pre-filing investigation.

Thank you for your consideration regarding this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

/George R. McGuire/s

George R. McGuire

GRM/
cc: Counsel of Record

3217673.1 9/19/2018

Attorneys At Law | A Professional Limited Liability Company