# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 24, 2018

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 1007

Re:     *Bechler v. MVP Group International, Inc.,* 1:16-cv-8837 (LAP)

Dear Judge Preska:

We represent Plaintiff Shane Bechler ("Plaintiff") in the above-captioned case and write in response to Defendant's letter dated September 19, 2018. [Dkt. # 26] Plaintiff has no objection to formulating a case management plan and submitting a proposed scheduling order to the Court for entry on the record. To that end, Plaintiff will promptly meet-and-confer with Defendant. However, Plaintiff does not believe that a formal conference is warranted at this juncture.

With respect to Defendant's license defense, Defendant MVP claims that it obtained a license to use the photograph at issue from third-party iStock.com, a stock photography agency. Plaintiff contests that the Defendant's use of the photograph in this case is within the contractual scope of the iStock license. Plaintiff avers that adjudication of a Rule 56 motion at this stage would be premature because third-party discovery is necessary to ascertain the scope and meaning of the licensing agreement between MVP and iStock.com.

Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff Shane Bechler*

