

March 9, 2020

Honorable Lorretta Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Bechler v. MVP Group International, Inc. et al. (1:16-cv-8837-LAP)*

Dear Judge Preska,

Plaintiff's Position

We represent Plaintiff, Shane Bechler, in the above in-captioned case. Plaintiff writes to the request that the case start on a discovery track. Plaintiff requests July 31, 2020 for fact discovery completion and September 18, 2020 for expert discovery completion. Plaintiff also requests that the matter be referred to the SDNY mediation program for settlement purposes to see if the case can be resolved.

Defendants' Position

Defendants MVP Group International, Inc., Bed Bath & Beyond Inc., Wayfair LLC, and Jet.com, Inc. (the "Defendants"), respectfully request that the Court dismiss the case for plaintiff's failure to prosecute the case. The last activity appearing on the docket for this case was a conference call with the Court on October 2, 2018. Since then, for a period of one year and six months, and until prompted by this Court's March 2, 2020 Order asking for a status, plaintiff has done nothing to move the case forward either on the merits or settlement. Fed. R. Civ. P. 41(b) permits this Court to dismiss this case "[i]f the plaintiff fails to prosecute." Accordingly, we respectfully request that the Court grant this request without requiring the Defendants to expend the time and resources of making a formal motion in accordance with the Court's directive at the prior June 22, 2017 conference to "spend no money" on the case.

Alternatively, if the Court is not inclined to grant a dismissal, then the Defendants respectfully request leave to file a formal motion for dismissal under Rule 41(b) and for summary judgment under Fed. R. Civ. P. 56.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz



643327_1/03859-0008



Richard P. Liebowitz

*Counsel for Plaintiff Shane Bechler*