UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>          Plaintiff,<br><br>v.<br><br>MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.<br><br>          Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No.<br>1:16-cv-08837-LAP |

      PLEASE TAKE NOTICE that Brendan M. Sheehan, Esq. hereby appears on behalf of Defendants MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.

Dated: March 20, 2020

      BOND, SCHOENECK & KING, PLLC

      By:   *s/Brendan M. Sheehan*
            Brendan M. Sheehan, Esq.
      *Attorneys for Defendants MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.*
      Office and P.O. Address
      One Lincoln Center
      Syracuse, New York 13202-1355
      Telephone: (315) 218-8000
      Facsimile: (315) 218-8100
      Email: bsheehan@bsk.com