# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>    Plaintiff,<br><br> v.<br><br>MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.<br><br>    Defendants. | Civil Action No.<br>1:16-cv-08837-LAP |

  **PLEASE TAKE NOTICE** that upon the Declaration of George R. McGuire, Esq., and the exhibits attached thereto, the Declaration of Mioko C. Tajika, Esq., the Declaration of Matt Dillon, Esq., Defendants' Statement of Undisputed Material Facts, and the accompanying Memorandum of Law, Defendants MVP Group International, Inc., Bed Bath & Beyond Inc., Wayfair LLC, and Jet.com, Inc. (collectively, "Defendants"), hereby jointly move this Court before the Honorable Loretta A. Preska, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting that portion of Defendants' motion seeking summary judgment and dismissing Plaintiff's Complaint in its entirety, with prejudice, and, pursuant to 17 U.S.C. § 505, 28 U.S.C. § 1927, and the Court's inherent power, for an order granting that portion of Defendants' motion seeking costs, attorneys' fees, and sanctions.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's March 25, 2020 So-Ordered endorsement of the proposed briefing schedule set forth in Defendants' pre-motion reply letter brief, Plaintiff's papers in opposition to this motion shall be filed on or before May 13, 2020, and Defendants' reply papers shall be filed on or before May 27, 2020 and, pursuant to

the Court's Individual Practices, the Court will determine whether argument will be heard on this motion and, if so, will advise counsel of the argument date.

Dated:  April 15, 2020

BOND, SCHOENECK & KING, PLLC

By:  *s/George R. McGuire*
    George R. McGuire
    Brendan M. Sheehan
One Lincoln Center
Syracuse, New York  13202
Telephone:  (315) 218-8515
Fax:  (315) 218-8415
E-mail:  gmcguire@bsk.com
       bsheehan@bsk.com

*Attorneys for the MVP Defendants*

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

By:  *s/Mioko C. Tajika*
    Mioko C. Tajika
150 East 42nd Street, 19th Floor
New York, New York  10017
Telephone:  (212) 907-9600
Fax:  (212) 907-9681
E-mail: mtajika@ingramllp.com

*Attorneys for Defendant Jet.com, Inc.*