**From:** McGuire, George
**Sent:** Thursday, September 20, 2018 12:04 PM
**To:** 'Richard Liebowitz'
**Subject:** RE: [External] Re: Bechler v. MVP Group International, Inc. et al.

Richard,

Thank you. To avoid any further delays with the suit, we will just keep it in the SDNY. Thanks. George

**George R. McGuire**
Chair, Intellectual Property Group
Business
315.218.8515 Direct
315.218.8000 Alt
315.218.8415 Fax
315.278.5604 Cell
gmcguire@bsk.com
Bio



One Lincoln Center, Syracuse, NY 13202-1355

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.
IRS regulations require us to notify you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code. If you want a further description of this requirement, go to http://www.bsk.com/disclaimer.

**From:** Richard Liebowitz [mailto:RL@liebowitzlawfirm.com]
**Sent:** Monday, September 17, 2018 9:19 PM
**To:** McGuire, George
**Subject:** [External] Re: Bechler v. MVP Group International, Inc. et al.

Hi George,

Nice to hear from you. We will not agree to dismiss the case, but we will be open to transferring venue to SC. Please let me know and I can put together a short letter to transfer the case.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************


On Mon, Sep 17, 2018 at 3:24 PM McGuire, George <mcguirg@bsk.com> wrote:

> Richard,
>
>
> As well over a year has gone by since we last heard from you regarding this case, we presume your client is agreeable to dismissing the complaint in view of the license possessed by the defendants. If so, I will prepare a stipulation of dismissal, with each side bearing its own costs in the action, and send to you for review. If this is not agreeable, please let me know so we can proceed with the case. Thanks. George
>
>
>
> **George R. McGuire**
>
> Chair, Intellectual Property Group
>
> Business
>
> 315.218.8515 Direct

315.218.8000 Alt

315.218.8415 Fax

315.278.5604 Cell

gmcguire@bsk.com

Bio

One Lincoln Center, Syracuse, NY 13202-1355

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

IRS regulations require us to notify you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code. If you want a further description of this requirement, go to http://www.bsk.com/disclaimer.

3