

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**GEORGE R. MCGUIRE, ESQ.**
gmcguire@bsk.com
P: 315.218.8515

September 20, 2018

**<u>VIA ELECTRONIC MAIL</u>**

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
 Valley Stream, New York 11580-6111

Re:    *Bechler v. MVP Group International, Inc. et al.*

Dear Richard:

In regard to the above-identified case, enclosed please find a copy of the License Agreement to which MVP Group is a party and that provides the right to reproduce Mr. Bechler's photograph on the labels that attach to the MVP candle jars.  As was represented and discussed during the conference with Judge Preska, the license permits MVP to use the photograph as part of the candle's packaging – see Permitted Uses in Section 3 of the Agreement (permitting use on "product packaging").  Please be assured that MVP has always conferred with its licensing agents to ensure it obtains the proper license to cover its intended use, and this case is no exception.  As you are aware, we have filed a letter with the court requesting that a schedule be set and seeking permission to file a motion for summary judgement, as well as costs and attorney's fees and to pursue sanctions based on your client's frivolous pursuit of this matter and lack of proper pre-filing investigation, but as a courtesy are providing you with a copy of the license.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

/George R. McGuire/s

George R. McGuire

GRM/
Enclosures

cc: Matt Dillon

3077776.2 9/19/2018