UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>            Plaintiff,<br><br>    v.<br><br>MVP GROUP INTERNATIONAL, INC.,<br>BED BATH & BEYOND INC.,<br>WAYFAIR LLC, and JET.COM, INC.<br><br>            Defendants. | Civil Action No. 1:16-cv-08837-LAP<br><br>**DECLARATION OF MATT DILLON, ESQ.** |

I, Matt Dillon, Esq., hereby declare as follows:

1. I am the General Counsel for defendant MVP Group International, Inc. ("MVP"), which is a Kentucky Corporation based in Charleston and whose primary business is the production and sale of high-quality, domestically-manufactured, candles.

2. The facts contained herein are based on my personal knowledge or on my review of business records maintained in the ordinary course of business by MVP.

3. MVP routinely purchases the right to use licensed photographs from online stock photography licensing agencies, including iStock.

4. On September 21, 2011, MVP downloaded the photograph of a tropical hibiscus that is at issue in this action (the "Photograph") for a fee on iStock's website (www.istockphoto.com).

5. When MVP downloaded the Photograph for a fee from iStock, MVP received and entered into a content licensing agreement (the "iStock License") with respect to the Photograph.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this April 13th, 2020, in Charleston, South Carolina.

_____
By: Matt Dillon

3528301.1 4/13/2020