# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>          Plaintiff,<br><br>  v.<br><br>MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.<br><br>          Defendants. | Civil Action No.<br>1:16-cv-08837-LAP |

## DECLARATION OF MIOKO C. TAJIKA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR COSTS, ATTORNEY'S FEES, AND SANCTIONS

Pursuant to 28 U.S.C. § 1746, I, Mioko C. Tajika, hereby declare as follows:

1. I am a member of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, attorneys for defendant Jet.com, Inc. ("Jet"). I have personal knowledge of the facts set forth herein and submit this declaration in support of the motion for summary judgment and for costs, attorney's fees, and sanctions submitted by defendants MVP Group International, Inc. Bed Bath & Beyond Inc., Wayfair LLC, and Jet (collectively, the "Defendants").

2. To date, Jet has incurred $4.20 in costs and expended $10,097.00 in attorneys' fees in defending against Plaintiff's claims in this action.

3. For the reasons stated in the accompanying joint memorandum of law, I respectfully urge the Court to grant the Defendants' motion in all respects.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2020, in New York, New York.

s/ Mioko C. Tajika
MIOKO C. TAJIKA
