UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHANE BECHLER,<br><br>                            Plaintiff,<br><br>- against -<br><br>MVP GROUP INTERNATIONAL, INC., BED BATH &<br>BEYOND INC., WAYFAIR LLC, JET.COM, INC.<br><br>                            Defendants. | Case No. 1:16-cv-08837 (LAP)<br><br>ECF Case |

## JOINT STIPULATION REGARDING DISMISSAL OF SECOND CAUSE OF ACTION

Plaintiff Shane Bechler ("Plaintiff"), on the one hand, and Defendants MVP Group International, Inc., Bed Bath & Beyond Inc., Wayfair LLC, Jet.com, Inc. (collectively, "Defendants"), on the other hand, hereby agree, through their undersigned counsel, as follows:

**WHEREAS** Plaintiff filed a Complaint against Defendant on November 14, 2016 in the United States District Court, Southern District of New York, entitled *Bechler v. MVP Group International, Inc. et al.*, Case No. 1:16-cv-08837-LAP;

**WHEREAS** Plaintiff asserted two causes of action in is Complaint [Docket #1] against Defendants with the First Cause of Action for copyright infringement in violation of 17 U.S.C. §§ 106, 501 and the Second Cause of Action for removal of copyright management information in violation of 17 U.S.C. § 1202;

**WHEREAS** upon a meet and confer with Defendants, Plaintiff has agreed to dismiss his Second Cause of Action with prejudice of that claim only;

**WHEREAS** Defendants authorize Plaintiff to file this Stipulation with the Court in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**THEREFORE** Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate that Plaintiff agrees to dismiss his Second Cause of Action for removal of copyright management information under 17 U.S.C. § 1202 with prejudice regarding that claim only;

**IT IS SO AGREED.**

DATED: April 15, 2020    LIEBOWITZ LAW FIRM, PLLC

By: *Richard Liebowitz*
Richard Liebowitz

*Attorneys for Plaintiff Shane Bechler*

DATED: April 15, 2020    BOND, SCHOENECK & KING, PLLC

By: _____
George R. McGuire

*Attorneys for Defendants MVP Group International, Inc., Bed Bath & Beyond Inc., Wayfair LLC*

DATED: April 15, 2020    INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

By: _____
Mioko C. Tajika

*Attorneys for Jet.com, Inc.*

SO ORDERED.
Dated: April 17, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

2