UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>        Plaintiff,<br><br> - against -<br><br><br>MVP GROUP INTERNATIONAL, INC.<br><br>        Defendant. | Case No. 16-cv-8837 (LAP)<br><br>ECF Case |

## DECLARATION OF RICHARD LIEBOWITZ

  I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge and/or good faith belief.

  1. I am a lead counsel for Plaintiff Shane Bechler and admitted to practice in this Court.

  2. I submit this declaration in support of Plaintiff Shane Bechler's opposition to Defendant MVP Group International, Inc.'s motion for summary judgment.

  3. As evidenced by the screenshots attached to the Complaint, Ex. D, Dkt. #1-4, p. 2 of 10, the variety of candles marketed by Defendant using the Photograph at issue are either embedded into a glass jar or are freestanding candles with no glass jar.

  4. I am in personal possession of the candles which are the subject matter of this litigation. With respect to products where the candle is embedded in a glass jar, it is impossible for a consumer to remove the candle from the glass jar without destroying the candle and thereby depriving the consumer of the candle's utility.  To remove the candle from the jar, one would need to either melt the candle or break the wax with a knife to extricate it from the jar.

5. Attached as <u>Exhibit A</u> is a true and correct copy of a screenshot from the Merriam-Webster online dictionary for the definition "packaging."

6. Attached as <u>Exhibit B</u> is a true and correct copy of a screenshot from the Merriam-Webster online dictionary for the definition "package."

7. Attached as <u>Exhibit C</u> is a true and correct copy of a screenshot from the Merriam-Webster online thesaurus for the word "package."

8. Attached as <u>Exhibit D</u> is a true and correct copy of a screenshot from the Merriam-Webster online dictionary for the definition "label."

9. Attached as <u>Exhibit E</u> is a true and correct copy of a screenshot from the Merriam-Webster online thesaurus for the word "label."

Dated: May 13, 2020
Valley Stream, NY

**/s/richardliebwitz/**
Richard Liebowitz