

SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- ⌄
  settings
- 🔖SAVED WORDS

packaging
✕
🔍

dictionary thesaurus    view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
- 
- 🔖SAVED WORDS    view recents



# packaging

# packaging

noun

🔖 Save Word

To save this word, you'll need to log in.

Log In

## Definition of *packaging*

1 **:** an act or instance of packaging something or someone: such as
a **:** the enclosing of something in a container or covering … damage caused by static charge during packaging, storing, and shipping. — *Chemical & Engineering News*
b **:** the presentation of something or someone to the public in a way that is designed to be attractive or appealing This is public relations: the packaging of ideas, the execution of them, and the media coverage surrounding them.— Robert Z. Chew
2 **:** material used to enclose or contain something … the flashy packaging popularized by mass merchants.— Jan Stafford also **:** a covering wrapper or container **:** package entry 1 sense 3 the manufacture of food packagings

## Examples of *packaging* in a Sentence

Recent Examples on the Web Then fill the box with treats in yellow *packaging* (think Lay's potato chips, Reese's peanut butter cups, or lemon flavored Larabars). — Emily Vanschmus, *Better Homes & Gardens*, "Sunshine Boxes Are the Extra TLC We All Need Right Now," 23 Apr. 2020 Branding of any kind has been outlawed already across Europe, and tobacco products are currently sold in plain *packaging* with prominent health warnings. — Nusmila Lohani, *The Christian Science Monitor*, "Points of Progress: Ireland will ban certain tobacco products, and more," 10 Apr. 2020
Both packages are oven ready in disposable *packaging* with reheating instructions. — Susan Selasky, *Detroit Free Press*, "These metro Detroit restaurants are offering take-out Easter meals," 8 Apr. 2020 All donations must be in unopened, original *packaging*. — Brieanna J. Frank, *azcentral*, "Will health care workers actually use homemade masks? Not while caring for COVID-19 patients," 28 Mar. 2020 Everlywell customers must take a nose swab sample themselves and send it to a lab in prepaid *packaging*. — *Fortune*, "Here's what medical experts say about Everlywell's home coronavirus testing kits," 23 Mar. 2020 Founded in 1979, Pacur is the leading supplier of supplier of extruded polyethylene terephthalate glycol sheet used in *packaging* of medical devices. — Daniel Bice, *Milwaukee Journal Sentinel*, "Bice: U.S. Sen. Ron Johnson defends Pacur sale amid accusations of insider trading by other GOP senators," 20 Mar. 2020 For years, the guides of Mexico's top trophy lakes have sworn by the Wildeye, which comes in clamshell *packaging* in small groups for a buck or two apiece. — Pete Robbins, *Field & Stream*

*packaging* in small groups for a buck or two apiece. — Pete Robbins, *Field & Stream*, "The 5 Best Swimbaits for Catching Big Spring Largemouth Bass," 2 Mar. 2020 Instead of picking up food in plastic *packaging*, consider buying in bulk and creating a trail mix buffet. — Jamie Kiffel-alcheh, *National Geographic*, "How to throw an (almost) zero-waste birthday party," 26 Feb. 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'packaging.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See Less

# First Known Use of *packaging*

circa 1875, in the meaning defined at sense 1a

# History and Etymology for *packaging*

from gerund of package entry 2

Keep scrolling for more

# Learn More about *packaging*

Share *packaging*

Post the Definition of packaging to Facebook    Share the Definition of packaging on Twitter 

Time Traveler for *packaging*

# The first known use of *packaging* was circa 1875

See more words from the same year

# Dictionary Entries near *packaging*

package powerplant

package store

package tour

packaging

pack animal

pack a punch/wallop

pack away

See More Nearby Entries

# Statistics for *packaging*

Last Updated

6 May 2020

Look-up Popularity

Bottom 10% of words

Cite this Entry

"Packaging." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/packaging. Accessed 13 May. 2020.

Style: MLA 

Keep scrolling for more

More Definitions for *packaging*

packaging

*noun*

# English Language Learners Definition of *packaging*

**:** material used to enclose or contain something

: the act or process of putting something in a package or container

: the way something or someone is presented in order to be more attractive or appealing

See the full definition for *packaging* in the English Language Learners Dictionary

More from Merriam-Webster on *packaging*

Spanish Central: Translation of *packaging*

Nglish: Translation of *packaging* for Spanish Speakers

Comments on *packaging*

What made you want to look up *packaging*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS ⊕



**WORD OF THE DAY**



See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE



# Test Your Vocabulary

Name More Food!

- 

- Name that Fruit!





lingonberry     pomegranate

jackfruit       pomelo

 Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ



**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

WORDS AT PLAY

## WORDS AT PLAY

- 

    **Words We're Watching: 'Infodemic'**

    Here's a reasonable amount of explanation.

- 

    **A History of 'Plague': Illness as Metaphor**

    From the Bible to COVID-19

- 

    **A Word on 'Descriptive' and 'Prescriptive' Defining**

When it comes to words,
we're descriptive.

- 

  The Words of the Week -
  5/8/20

  Words from the week of
  5/8/2020

### ASK THE EDITORS

- 

  How to Remember the
  Spelling of 'Definitely'

  A definitive answer.

- 

  **Video: Why Is There a 'C' in 'Indict'?**

  And who put it there, anyway?

- 

  **Literally**

  How to use a word that (literally) drives some people nuts.

- 

## Is Singular 'They' a Better Choice?

## The awkward case of 'his or her'

WORD GAMES



## Name More Food!

Test your knowledge of food vocabulary!

TAKE THE QUIZ



## April 2020 Words of the Day Quiz

Reminding you that time is, indeed, passing.

TAKE THE QUIZ

- 

### Spell It

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**

- 

### Syn City

Build a city of skyscrapers— one synonym at a time.

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use |

Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated

# You have been logged out.

To access your account, please log back in or contact us at [customerservice@m-w.com](mailto:customerservice@m-w.com) to report this issue