

SINCE 1828

- [GAMES](#)
- [BROWSE THESAURUS](#)
- [WORD OF THE DAY](#)
- [WORDS AT PLAY](#)

- [LOG IN](#)
- [REGISTER](#)
- ⌄
  [settings](#)
- [SAVED WORDS](#)

package

✕

🔍

dictionary thesaurus      view recents

[Login](#) or [Register](#)
Hello,

- [GAMES](#)
- [BROWSE THESAURUS](#)
- [WORD OF THE DAY](#)
- [WORDS AT PLAY](#)
- [SETTINGS](#)
-

- [SAVED WORDS](#)    view recents


Earn a cash bonus **up to $500.**    Open Now
360 Performance Savings™    Promo code required. Additional restrictions apply.

# package

# package

[noun](noun)

🏷 Save Word

To save this word, you'll need to log in.

[Log In](Log In)

pack·age | \ ˈpa-kij 🔊 \

# Definition of *package*

(Entry 1 of 2)

1 archaic **:** the act or process of [packing](packing)
2a **:** a small or moderate-sized pack **:** [parcel](parcel)
b **:** a commodity or a unit of a product uniformly wrapped or sealed
c **:** a preassembled unit
3 **:** a covering wrapper or container
4 **:** something that suggests a package: such as
a **:** [package deal](package deal)
b **:** a radio or television series offered for sale at a lump sum
c **:** contract benefits gained through collective bargaining
d **:** a ready-made computer program or collection of related software
e **:** a travel arrangement contract that offers for a fixed price transportation, accommodations, and often sightseeing and entertainment
f **:** a collection of related items especially **:** one to be considered or acted on together
presented his tax package to the nation

package

[verb](verb)
packaged; packaging

Definition of *package* (Entry 2 of 2)

[transitive verb](transitive verb)

1a **:** to make into a package especially **:** to produce as an entertainment package
b **:** to present (something, such as a product) in such a way as to heighten its appeal to the public

2 **:** to enclose in a package or covering

⬇ [Other Words from *package*](Other Words from package) ⬇ [Synonyms](Synonyms) ⬇ [Example Sentences](Example Sentences) ⬇ [Learn More](Learn More)

about *package*

Keep scrolling for more

# Other Words from *package*

Verb

packager noun

# Synonyms for *package*

Synonyms: Noun

- bundle,
- pack,
- packet,
- parcel

Visit the Thesaurus for More ⊗

# Examples of *package* in a Sentence

Noun All ingredients are listed right on the *package*. She ate the whole *package* of crackers for lunch.
See More⊕⊖
Recent Examples on the Web: Noun Eldridge is confident that election assistance will be included in the next legislative *package*, since Congress already allocated $400 million for this purpose in an earlier coronavirus relief bill. — Grace Segers, *CBS News*, "Progressive group launches campaign to encourage Congress to pass election assistance," 30 Apr. 2020 Provisions in the government relief *package* mean American and other airlines cannot involuntarily lay off workers through Sept. 30. — Dawn Gilbertson, *USA TODAY*, "American plans to shrink, says no hubs will close: 'No way to overstate the gravity of this situation'," 30 Apr. 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'package.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More⊕⊖

# First Known Use of *package*

Noun

circa 1510, in the meaning defined at <u>sense 1</u>

Verb

1917, in the meaning defined at <u>sense 1a</u>

Keep scrolling for more

# Learn More about *package*

Share *package*

<u>Post the Definition of package to Facebook</u>  <u>Share the Definition of package on Twitter</u> 

Time Traveler for *package*



# The first known use of *package* was circa 1510

<u>See more words from the same year</u>

# Dictionary Entries near *package*

<u>pacify</u>

<u>Pacinian corpuscle</u>

<u>pack</u>

<u>package</u>

<u>packageable</u>

<u>package advertising</u>

package bees

See More Nearby Entries

# Phrases Related to *package*

good things come in small packages

package holiday

package tour

part of the package

severance package

# Statistics for *package*

Last Updated

4 May 2020

Look-up Popularity

Bottom 50% of words

Cite this Entry

"Package." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/package. Accessed 13 May. 2020.

| Style: MLA | ▼ |
|---|---|

Keep scrolling for more

More Definitions for *package*

package

*noun*

🔊

# English Language Learners Definition of *package*

(Entry 1 of 2)

chiefly US **:** a box or large envelope that is sent or delivered usually through the mail or by another delivery service
**:** a wrapper or container that covers or holds something
**:** something that comes in a container

package

*verb*

English Language Learners Definition of *package* (Entry 2 of 2)

**:** to put (something) in a package in order to sell it or send it somewhere
**:** to show or present (something or someone) in a particular way

See the full definition for *package* in the English Language Learners Dictionary

package

noun
pack·age | \ ˈpa-kij 🔊 \

# Kids Definition of *package*

1 **:** a bundle made up for mailing or transporting
2 **:** a container that covers or holds something The ingredients are listed on the *package*.
3 **:** something that comes in a container a *package* of gum

Keep scrolling for more

More from Merriam-Webster on *package*

Thesaurus: All synonyms and antonyms for *package*

Rhyming Dictionary: Words that rhyme with *package*

Spanish Central: Translation of *package*

Nglish: Translation of *package* for Spanish Speakers

Britannica English: Translation of *package* for Arabic Speakers

Comments on *package*

## What made you want to look up *package*? Please tell us where you read or heard it (including the quote, if possible).

**SHOW COMMENTS** ⊕



**WORD OF THE DAY**

# pelagic 🔊

<u>See Definitions and Examples</u> »

Get Word of the Day daily email!

Your email address          SUBSCRIBE





Open Now

**Capital One**®

Promo code required. Additional restrictions apply.

## Test Your Vocabulary

Name More Food!

- 
  - Name that Fruit!

| pomelo | jackfruit |
|--------|-----------|
| pomegranate | lingonberry |

SPELL IT    Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ



Test Your Knowledge - and learn some interesting things along the way.

Package | Definition of Package by Merriam-Webster



## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

### WORDS AT PLAY



- **Words We're Watching: 'Infodemic'**

  **Here's a reasonable amount of explanation.**





- ### [A History of 'Plague': Illness as Metaphor](#)

  [From the Bible to COVID-19](#)



- ### [A Word on 'Descriptive' and 'Prescriptive' Defining](#)

  [When it comes to words, we're descriptive.](#)



- ### [The Words of the Week - 5/8/20](#)

  [Words from the week of 5/8/2020](#)

**ASK THE EDITORS**



### How to Remember the Spelling of 'Definitely'

### A definitive answer.



### Video: Why Is There a 'C' in 'Indict'?

### And who put it there, anyway?



### Literally

How to use a word that (literally) drives some people nuts.



### Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

**WORD GAMES**





### Name More Food!

Test your knowledge of food vocabulary!

**TAKE THE QUIZ**



### April 2020 Words of the Day Quiz

Reminding you that time is, indeed, passing.

**TAKE THE QUIZ**



### Spell It

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**



### Syn City

Build a city of skyscrapers—
one synonym at a time.

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

---

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

●        ●              ●

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home  |  Help  |  Apps  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |  Contact Us  |  Join MWU  |  Video  |  Word of the Year  |  Puku  |  Vocabulary Resources  |  Law Dictionary  |  Medical Dictionary  |  Privacy Policy  |  Terms of Use  |  Do Not Sell My Info

Browse the Thesaurus  |  Browse the Medical Dictionary  |  Browse the Legal Dictionary  |  Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated

✕

# You have been logged out.

To access your account, please log back in or contact us at customerservice@m-w.com to report this issue