

SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- settings
- SAVED WORDS

package

dictionary thesaurus    view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
- 
- SAVED WORDS    view recents

# Thesaurus

# package

noun
 Save Word

To save this word, you'll need to log in.

Log In

## Synonyms & Antonyms of *package*

1 a wrapped or sealed case containing an item or set of items

- got a job sorting *packages* in the mail room

Synonyms for *package*

- bundle,
- pack,
- packet,
- parcel

Words Related to *package*

- bag,
- poke
- [chiefly Southern & Midland],
- pouch,
- sack

- bale

- box,
- container,
- crate

2 a number of things considered as a unit

- ate a whole *package* of cookies at once

Synonyms for *package*

- array,

- assemblage,
- band,
- bank,
- batch,
- battery,
- block,
- bunch,
- clot,
- clump,
- cluster,
- clutch,
- collection,
- constellation,
- group,
- grouping,
- huddle,
- knot,
- lot,
- muster,
- parcel,
- passel,
- set,
- suite

Words Related to *package*

- accumulation,
- aggregate,
- aggregation,
- conglomeration

- agglomeration,
- assortment,
- hodgepodge,
- jumble,
- miscellany,
- mixture,
- odds and ends,
- sundries,
- variety
- cycle,
- run,
- series,
- suit

Phrases Synonymous with *package*

- the whole kit and caboodle

Near Antonyms for *package*

- entity,
- item,
- single,
- unit

See the Dictionary Definition

Keep scrolling for more

# Learn More about *package*

Share *package*

Post more words for package to Facebook    Share more words for package on Twitter

Time Traveler for *package*



# The first known use of *package* was circa 1510

See more words from the same year

# Thesaurus Entries near *package*

pacifying

pacing

pack

package

packages

package store

package stores

See More Nearby Entries

Cite this Entry

"Package." *Merriam-Webster.com Thesaurus*, Merriam-Webster, https://www.merriam-webster.com/thesaurus/package. Accessed 13 May. 2020.

**Style:** MLA

Keep scrolling for more

More from Merriam-Webster on *package*

Dictionary: Definition of *package*

Rhyming Dictionary: Words that rhyme with *package*

Spanish Central: Translation of *package*

Nglish: Translation of *package* for Spanish Speakers

Britannica English: Translation of *package* for Arabic Speakers

Comments on *package*

What made you want to look up *package*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS ⊕

## WORD OF THE DAY

# pelagic 

See Definitions and Examples »

Get Word of the Day daily email!

Your email address　　　SUBSCRIBE

# Test Your Vocabulary

Name More Food!



- Name that Fruit!

jackfruit    pomelo

lingonberry    pomegranate

---



Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

---

Test Your Knowledge - and learn some interesting things along the way.

TAKE THE QUIZ

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced

package search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

## WORDS AT PLAY



### Words We're Watching: 'Infodemic'

### Here's a reasonable amount of explanation.



### A History of 'Plague': Illness as Metaphor

From the Bible to COVID-19

- 

  **A Word on 'Descriptive' and 'Prescriptive' Defining**

  When it comes to words, we're descriptive.

- 

  **The Words of the Week - 5/8/20**

  Words from the week of 5/8/2020

**ASK THE EDITORS**



- 

  **How to Remember the Spelling of 'Definitely'**

  A definitive answer.

- 

  **Video: Why Is There a 'C' in 'Indict'?**

  And who put it there, anyway?

- 

  **Literally**

  How to use a word that (literally) drives some people nuts.

- 

**Is Singular 'They' a Better Choice?**

The awkward case of 'his or her'

WORD GAMES

- 

**Name More Food!**

Test your knowledge of food vocabulary!

**TAKE THE QUIZ**



## April 2020 Words of the Day Quiz

Reminding you that time is, indeed, passing.

**TAKE THE QUIZ**



## Spell It

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**



## Syn City

Build a city of skyscrapers—
one synonym at a time.

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API |
Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources |
Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use |
Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary |
Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated

✕

## You have been logged out.

To access your account, please log back in or contact us at customerservice@m-w.com to report this issue