

SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- ⌄
  settings
- 🔖 SAVED WORDS

label

dictionary  thesaurus    view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
- 
- 🔖 SAVED WORDS    view recents

label

# label

noun
⚐ Save Word

To save this word, you'll need to log in.

Log In
la·bel | \ ˈlā-bəl 🔊 \

## Definition of *label*

(Entry 1 of 2)

1a **:** a slip (as of paper or cloth) inscribed and affixed to something for identification or description The name is prominently displayed on the label.
b **:** written or printed matter accompanying an article to furnish identification or other information Read the warning label before taking any medicine.
c **:** a descriptive or identifying word or phrase: such as
(1) **:** epithet acquired the label of "playboy"
(2) **:** a word or phrase used with a dictionary definition to provide additional information The label *obsolete* is abbreviated *obs*.
d **:** a usually radioactive isotope used in labeling
2a(1) **:** a brand of commercial recordings issued under a usually trademarked name
(2) **:** a company issuing such recordings The band has made records for several different labels.
(3) **:** a recording so issued
b **:** the brand name of a retail store selling clothing, a clothing manufacturer, or a fashion designer She only buys clothes with a designer label.
3 **:** an adhesive stamp (as for postage or revenue)
4 **:** a heraldic charge that consists of a narrow horizontal band with usually three pendants
5 archaic **:** band, fillet specifically **:** one attached to a document to hold an appended seal

label

verb
labeled or labelled; labeling or labelling\ ˈlā-b(ə-)liŋ 🔊 \

Definition of *label* (Entry 2 of 2)

transitive verb

1a **:** to affix a label to labeled the switches so as not to confuse them
b **:** to describe or designate with or as if with a label labels his photos with the date and place they were taken

2a **:** to distinguish (an element or atom) by using an isotope (see [isotope sense 1](#)) distinctive in some manner (as in mass or radioactivity)
b **:** to distinguish (something, such as a compound or cell) by introducing a traceable constituent (such as a dye or labeled atom)

↓[Other Words from *label*](#) ↓[Synonyms](#) ↓[More Example Sentences](#) ↓[Learn More about *label*](#)

Keep scrolling for more

# Other Words from *label*

Verb

labelable \ ˈlā-bə-lə-bəl 🔊 \ adjective
labeler \ ˈlā-b(ə-)lər 🔊 \ noun

# Synonyms for *label*

Synonyms: Noun

- [marker](#),
- [tag](#),
- [ticket](#)

Synonyms: Verb

- [mark](#),
- [tag](#),
- [ticket](#)

[Visit the Thesaurus for More](#) »

# Examples of *label* in a Sentence

Noun The name is prominently displayed on the *label*. You should read the warning *label* before you take any medicine.
See More ⊕⊖

Recent Examples on the Web: Noun Such patients are routinely treated with off-*label* drugs and novel drug cocktails. — [Marty Tenenbaum, *STAT*, "Cancer research offers faster ways to ID new Covid-19 treatments," 30 Apr. 2020](#) Doctors can already prescribe the malaria drug to patients with COVID-19, a practice known as off-*label* prescribing,

and many do. — *Anchorage Daily News*, "Oklahoma, Utah face scrutiny over malaria drug purchases," 29 Apr. 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'label.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕⊖

## First Known Use of *label*

Noun

14th century, in the meaning defined at sense 4

Verb

1616, in the meaning defined at sense 1a

## History and Etymology for *label*

Noun and Verb

Middle English, from Anglo-French *labelle*

Keep scrolling for more

## Learn More about *label*

Share *label*

Post the Definition of label to Facebook 　Share the Definition of label on Twitter 

Time Traveler for *label*



## The first known use of *label* was in the 14th century

See more words from the same century

## Dictionary Entries near *label*

lab coat

labdanum

labefaction

label

label clause

labellate

la belle dame sans merci

See More Nearby Entries

## Phrases Related to *label*

mailing label

## Statistics for *label*

Last Updated

5 May 2020

Look-up Popularity

Top 20% of words

Cite this Entry

"Label." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/label. Accessed 13 May. 2020.

Style: MLA

Keep scrolling for more

More Definitions for *label*

label

*noun*

English Language Learners Definition of *label*

 (Entry 1 of 2)

**:** a piece of paper, cloth, or similar material that is attached to something to identify or describe it
**:** a word or phrase that describes or identifies something or someone
**:** a company that produces musical recordings

label

*verb*

English Language Learners Definition of *label* (Entry 2 of 2)

**:** to put a word or name on something to describe or identify it **:** to attach a label to (something)
**:** to name or describe (someone or something) in a specified way **:** to give a label to (someone or something)

See the full definition for *label* in the English Language Learners Dictionary

label

*noun*
la·bel | \ ˈlā-bəl \

# Kids Definition of *label*

 (Entry 1 of 2)

1 **:** a slip (as of paper or cloth) attached to something to identify or describe it
2 **:** a word or phrase that describes or names something or someone a part-of-speech *label*

label

*verb*
labeled or labelled; labeling or labelling

labeled or labelled; labeling or labelling

Kids Definition of *label* (Entry 2 of 2)

1 **:** to put a word or words on (something) to identify or describe it Be sure to *label* your belongings.
2 **:** to name or describe with or as if with a label The team was *labeled* "the Dream Team."

label

noun
la·bel | \ 'lā-bəl 🔊 \

# Medical Definition of *label*

 (Entry 1 of 2)

**:** a usually radioactive isotope used in labeling

label

transitive verb
labeled or labelled; labeling or labelling\ 'lā-b(ə-)liŋ 🔊 \

Medical Definition of *label* (Entry 2 of 2)

1 **:** to distinguish (an element or atom) by using an isotope distinctive in some manner (as in mass or radioactivity) for tracing through chemical reactions or biological processes
2 **:** to distinguish (as a compound or cell) by introducing a traceable constituent (as a dye or labeled atom)

Keep scrolling for more

More from Merriam-Webster on *label*

Thesaurus: All synonyms and antonyms for *label*

Rhyming Dictionary: Words that rhyme with *label*

Spanish Central: Translation of *label*

Nglish: Translation of *label* for Spanish Speakers

Britannica English: Translation of *label* for Arabic Speakers

Britannica.com: Encyclopedia article about *label*

Comments on *label*

What made you want to look up *label*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS ⊕

**WORD OF THE DAY**

pelagic 

See Definitions and Examples »

Get Word of the Day daily email!

Your email address     SUBSCRIBE

# Test Your Vocabulary

Name More Food!

- 
- Name that Fruit!



pomelo    lingonberry

pomegranate    jackfruit

Can you spell these 10 commonly misspelled words?

## TAKE THE QUIZ

*Test Your Knowledge* - and learn some interesting things



along the way.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### WORDS AT PLAY



**Words We're Watching: 'Infodemic'**

Here's a reasonable amount of explanation.

- 

  ### A History of 'Plague': Illness as Metaphor

  From the Bible to COVID-19

- 

  ### A Word on 'Descriptive' and 'Prescriptive' Defining

  When it comes to words, we're descriptive.

- 

  ### The Words of the Week - 5/8/20

Label | Definition of Label by Merriam-Webster
5/8/20

Words from the week of 5/8/2020

## ASK THE EDITORS

- 

How to Remember the Spelling of 'Definitely'

A definitive answer.

- 

Video: Why Is There a 'C' in 'Indict'?

And who put it there, anyway?

- 

  **Literally**

  How to use a word that (literally) drives some people nuts.

- 

  **Is Singular 'They' a Better**

  **Choice?**

  The awkward case of 'his or her'

WORD GAMES



- 

**Name More Food!**

Test your knowledge of food vocabulary!

**TAKE THE QUIZ**

- 

**April 2020 Words of the Day Quiz**

Reminding you that time is, indeed, passing.

**TAKE THE QUIZ**

- 

**Spell It**

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**

- 

**Syn City**

**Build a city of skyscrapers— one synonym at a time.**

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

- 
- 
- 

Browse the Dictionary: [A](#) [B](#) [C](#) [D](#) [E](#) [F](#) [G](#) [H](#) [I](#) [J](#) [K](#) [L](#) [M](#) [N](#) [O](#) [P](#) [Q](#) [R](#) [S](#) [T](#) [U](#) [V](#) [W](#) [X](#) [Y](#) [Z](#) [0-9](#)

[Home](#) | [Help](#) | [Apps](#) | [About Us](#) | [Shop](#) | [Advertising Info](#) | [Dictionary API](#) | [Contact Us](#) | [Join MWU](#) | [Video](#) | [Word of the Year](#) | [Puku](#) | [Vocabulary Resources](#) | [Law Dictionary](#) | [Medical Dictionary](#) | [Privacy Policy](#) | [Terms of Use](#) | [Do Not Sell My Info](#)

[Browse the Thesaurus](#) | [Browse the Medical Dictionary](#) | [Browse the Legal Dictionary](#) | [Browse the Spanish-English Dictionary](#)

© 2020 Merriam-Webster, Incorporated

×

# You have been logged out.

To access your account, please log back in or contact us at [customerservice@m-w.com](mailto:customerservice@m-w.com) to report this issue