

SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- ⌄
  settings
- SAVED WORDS

label

dictionary thesaurus    view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
- 
- SAVED WORDS    view recents

The next generation of Creative Cloud is here.
New ways to take your imagination to new places.
Join now ›

# Thesaurus

# label

noun

◤ Save Word

To save this word, you'll need to log in.

Log In

## Synonyms of *label*

(Entry 1 of 2)

a slip (as of paper or cloth) that is attached to something to identify or describe it

- on its frame the painting had a *label* with its title and the name of the artist

Synonyms for *label*

- marker,
- tag,
- ticket

Words Related to *label*

- caption,
- legend

- brand,
- emblem,
- hallmark,
- logo,
- mark,
- symbol,
- trademark

- badge,
- decal,
- plaque,
- seal,
- stamp,
- sticker

sticker

label

verb

Synonyms of *label* (Entry 2 of 2)

1 to attach an identifying slip to

- he *labeled* all of the poisonous materials with the familiar skull and crossbones

Synonyms for *label*

- mark,
- tag,
- ticket

Words Related to *label*

- caption,
- earmark,
- hallmark,
- stamp

- call,
- designate,
- identify,
- name,
- tab

- entitle,
- style,
- term,
- title

- brand,
- stigmatize

2 to give a name to

- the dictionary *labels* some words "archaic"

Synonyms for *label*

- baptize,
- call,

- christen,
- clepe
- [archaic],
- denominate,
- designate,
- dub,
- entitle,
- name,
- nominate,
- style,
- term,
- title

Words Related to *label*

- brand,
- stigmatize,
- tag

- denote,
- specify

- miscall,
- misname,
- mistitle

- code-name,
- nickname

- rechristen,
- relabel,
- rename

- surname

See the Dictionary Definition »

Keep scrolling for more

# Learn More about *label*

Share *label*




Post more words for label to Facebook    Share more words for label on Twitter

Time Traveler for *label*



## The first known use of *label* was in the 14th century

See more words from the same century

## Thesaurus Entries near *label*

kvetchy

laager

laagers

label

labeled

labeling

labels

See More Nearby Entries

Cite this Entry

"Label." *Merriam-Webster.com Thesaurus*, Merriam-Webster, https://www.merriam-webster.com/thesaurus/label. Accessed 13 May. 2020.

Style: MLA

Keep scrolling for more

More from Merriam-Webster on *label*

Dictionary: Definition of *label*

Rhyming Dictionary: Words that rhyme with *label*

Medical Dictionary: Definition of *label*

Spanish Central: Translation of *label*

Nglish: Translation of *label* for Spanish Speakers

Britannica English: Translation of *label* for Arabic Speakers

Britannica.com: Encyclopedia article about *label*

Comments on *label*

What made you want to look up *label*? Please tell us where you read or heard it (including the quote, if possible).

SHOW COMMENTS ⊕



Selling Your Business? - The Time To Get Ready Is Now

woodbridgegrp.com/Sell…     VISIT SITE

**WORD OF THE DAY**

pelagic 

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE



---

# Test Your Vocabulary

Name More Food!

- 

- Name that Fruit!







- pomegranate
- jackfruit
- lingonberry
- pomelo

 Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ



**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## WORDS AT PLAY

- 

  **Words We're Watching: 'Infodemic'**

  Here's a reasonable amount of explanation.

- 

  **A History of 'Plague': Illness as Metaphor**

  From the Bible to COVID-19

- 

  **A Word on 'Descriptive' and 'Prescriptive' Defining**

  When it comes to words

When it comes to words, we're descriptive.



### The Words of the Week - 5/8/20

Words from the week of 5/8/2020

## ASK THE EDITORS



### How to Remember the Spelling of 'Definitely'

A definitive answer.

- 

  **Video: Why Is There a 'C' in 'Indict'?**

  And who put it there, anyway?

- 

  **Literally**

  How to use a word that (literally) drives some people nuts.

- 

  **Is Singular 'They' a Better Choice?**

Choice?

The awkward case of 'his or her'

WORD GAMES



Name More Food!

Test your knowledge of food vocabulary!

TAKE THE QUIZ



April 2020 Words of the Day Quiz

Reminding you that time is, indeed, passing.

TAKE THE QUIZ

- 

**Spell It**

Can you spell these 10 commonly misspelled words?

**TAKE THE QUIZ**

- 

**Syn City**

Build a city of skyscrapers— one synonym at a time.

**PLAY THE GAME**

Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

Browse the Dictionary: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use |

Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary | Browse the Spanish-English Dictionary

© 2020 Merriam-Webster, Incorporated

✕

# You have been logged out.

To access your account, please log back in or contact us at customerservice@m-w.com to report this issue.

report this issue