UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANE BECHLER,

                              Plaintiff,          Docket No. _____

        - against -                               JURY TRIAL DEMANDED

MVP GROUP INTERNATIONAL, INC., BED BATH &
BEYOND INC., WAYFAIR LLC, and JET.COM, INC.

                              Defendants.

## COMPLAINT

Plaintiff Shane Bechler ("Bechler" or "Plaintiff") by and through his undersigned

counsel, as and for his Complaint against Defendants MVP Group International, Inc. ("MVP"),

Bed Bath & Beyond Inc. ("BBB"), Wayfair LLC ("Wayfair"), and Jet.com, Inc. ("Jet") and all

together ("Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright

Act and for the removal and/or alteration of copyright management information under Section

1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendants

unauthorized reproduction and public display of a copyrighted photograph of tropical hibiscus

flower owned and registered by Bechler, a professional photographer. Accordingly, Bechler

seeks injunctive and monetary relief under the Copyright Act of the United States, as amended,

17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendants because Defendants are transacting business in New York.  The Defendants advertises, markets and sells its products in the state of New York to individuals, businesses, and other vendors.  Furthermore, the Defendants own and operate public-facing websites, accessible to New York residents and businesses, that is not merely passive, but through which one can order products that are the subjects of this litigation. In addition, MVP, BBB and Wayfair are registered with the New York Department of State, Division of Corporations to do business in the State of New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Bechler is a professional photographer in the business of licensing and selling his his photographs for a fee, having a usual place of business at 2250 Talon Parkway, Greeley, Colorado 80634.

6.      Upon information and belief, MVP is a corporation duly organized and existing under the laws of the State of New York, with a place of business at 1031 Legrande Blvd., Charleston, SC 29492. Upon information and belief, MVP is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, MVP owns Colonial Candle and has owned and operated a website at the URL: http://www.colonialcandle.com (the "Colonial Website").

7.      Upon information and belief, BBB is a corporation duly organized and existing under the laws of the State of New York with a place of business at 620 6th Avenue, New York, New York 10011. Upon information and belief, BBB is registered with the New York

Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, BBB has owned and operated a website at the URL: http://www.bedbathandbeyond.com ("BBB Website").

8.      Upon information and belief, Wayfair is a limited liability company duly organized and existing under the laws of the State of New York with a place of business at 4 Copley Place, Suite 7000, Boston, Massachusetts, 02116. Upon information and belief, Wayfair is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, Wayfair has owned and operated a website at the URL: http://www.wayfair.com (the "Wayfair Website").

9.      Upon information and belief, Jet is a corporation duly organized and existing under the laws of the State of New Jersey with a place of business at 221 River Street, Hoboken, New Jersey, 07030. At all times material hereto, Jet has owned and operated a website at the URL: http://www.jet.com (the "Jet Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

10.      Bechler photographed a tropical hibiscus flower in Mazatlan, Mexico (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

11.      Bechler first published the Photograph on the publically facing website www.FineArtAmerica.com to sell his photograph. A true and correct copy of the Photograph on www.FineArtAmerica.com is attached hereto as Exhibit B.

12.      Bechler is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

13.     The Photograph was registered with U.S. Copyright Office and was given

Copyright Registration Number VA 2-005-569.

    **B.**    **Defendants Infringing Activities**

14.     **<u>MVP-</u>** Upon information and belief, MVP copied the Photograph from

FineArtAmerica.com and starting in 2014 and continuing to this day MVP has been using the

Photograph to sell, create, market and advertise its entire tropical fruit line of products.

15.     MVP has used the Photograph on products including but not limited to their:

Tropical Nectar 22 ounce Scented Oval Jar Candle, Tropical Nectar 8 ounce Scented Oval Jar

Candle, Tropical Nectar 3.5 ounce Scented Oval Jar Candle, Tropical Nectar Fragrance Tester,

Tropical Nectar Scented Tealight Candles, Tropical Nectar Air Freshener, Tropical Nectar

Scented Votive Candle, and Tropical Nectar Simmer Snaps.

16.     The use consists of prominently featuring the Photograph on all of the products in

the line. A true and correct copy of the Colonial Website featuring the entire line of products is

attached hereto as Exhibit C.

17.     MVP did not license the Photograph from Plaintiff for its use, nor did MVP have

Plaintiff's permission or consent to use the Photograph on its products.

18.     **<u>BBB-</u>** Upon information and belief, starting in 2014 and continuing to this day,

BBB has been selling MVP's products with the Photograph on them on their BBB Website and

in stores.

19.     A true and correct copy of the BBB Website featuring the MVP's products are

attached hereto as Exhibit D.

20.     BBB did not license the Photograph from Plaintiff for its use, nor did BBB have Plaintiff's permission or consent to sell the MVP's products with the Photograph on them on their BBB Website or stores.

21.     **Wayfair-** Upon information and belief, starting in 2014 and continuing to this day, Wayfair has been using selling MVP's products with the Photograph on them on the Wayfair Website.

22.     A true and correct copy of the Wayfair Website featuring the MVP's products selling on the Wayfair Website is attached hereto as Exhibit E.

23.     Wayfair did not license the Photograph from Plaintiff for its use, nor did Wayfair have Plaintiff's permission or consent to use sell the MVP's products with the Photograph on them on the Wayfair Website.

24.     **Jet-** Upon information and belief, starting in 2014 and continuing to this day, Jet has been using selling MVP's products with the Photograph on them on their Jet Website.

25.     A true and correct copy of the Jet Website featuring the MVP's products selling on the Jet Website is attached hereto as Exhibit F.

26.     Jet did not license the Photograph from Plaintiff for its use, nor did Jet have Plaintiff's permission or consent to use sell the MVP's products with the Photograph on them on their Jet Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST MVP, BBB, WAYFAIR, AND JET)**
**(17 U.S.C. §§ 106, 501)**

27.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-26 above.

28.     Defendants infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on their products. Defendants are not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

29.     The acts of Defendants complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

30.     Upon information and belief, the foregoing acts of infringement by Defendants have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

31.     As a direct and proximate cause of the infringement by the Defendants of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

32.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendants willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

33.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

34.     Defendants conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting further infringement of Plaintiff's copyrights and exclusive rights under copyright.

## SECOND CLAIM FOR RELIEF

## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST MVP
### (17 U.S.C. § 1202)

35.     Plaintiff incorporates by reference each and every allegation contained in

Paragraphs 1-34 above.

36.     When the Photograph was published on FineArtAmerica.com, it contained

copyright management information protected under 17 U.S.C. §1202(b).

37.     Upon information and belief, MVP took the Photograph from

FineArtAmerica.com.

38.     On its product line, MVP intentionally and knowingly removed copyright

management information identifying Plaintiff as the photographer of the Photograph.

39.     The conduct of MVP violates 17 U.S.C. § 1202(b).

40.     Upon information and belief, MVP's falsification, removal and/or alteration of the

aforementioned copyright management information was made without the knowledge or consent

of Plaintiff.

41.     Upon information and belief, the falsification, alteration and/or removal of said

copyright management information was made by MVP intentionally, knowingly and with the

intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the

Photograph. MVP also knew, or should have known, that such falsification, alteration and/or

removal of said copyright management information would induce, enable, facilitate, or conceal

their infringement of Plaintiff's copyrights in the Photograph.

42.     As a result of the wrongful conduct of MVP as alleged herein, Plaintiff is entitled

to recover from MVP the damages, that he sustained and will sustain, and any gains, profits and

advantages obtained by MVP because of their violations of 17 U.S.C. § 1202, including

attorney's fees and costs.

43.   Alternatively, Plaintiff may elect to recover from MVP statutory damages

pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation

of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.   That Defendants be adjudged to have infringed upon Plaintiff's copyrights in the
     Photograph in violation of 17 U.S.C §§ 106 and 501;

2.   The MVP be adjudged to have falsified, removed and/or altered copyright
     management information in violation of 17 U.S.C. § 1202.

3.   That Defendants, and their officers, directors, employees, agents, representatives,
     affiliates, subsidiaries, distributors, licensees, and all persons or entities acting in
     concert or participation with Defendants, be enjoined from copying, reproducing,
     distributing, adapting, or publicly displaying Plaintiff's Photograph pursuant to 17
     U.S.C. § 502;

4.   That, with regard to the First Claim for Relief, Plaintiff be awarded either: a)
     Plaintiff's actual damages and Defendants profits, gains or advantages of any kind
     attributable to Defendants infringement of Plaintiff's Photograph; or
     b) alternatively, statutory damages of up to $150,000 per copyrighted work
     infringed pursuant to 17 U.S.C. § 504;

5.   That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a)
     Plaintiff's actual damages and Defendant's profits, gains or advantages of any

kind attributable to MVP's falsification, removal, and/or alteration of copyright

management information; b) alternatively, statutory damages of at least $2,500

and up to $25,000 for each instance of false copyright management information

and/or removal of alteration of copyright management information committed by

MVP pursuant to 17 U.S.C. §1203 (c);

6.     That Defendants be required to account for all profits, income, receipts, or other

benefits derived by Defendants as a result of its unlawful conduct;

7.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

17 U.S.C. § 505;

8.     That Plaintiff be awarded pre-judgment interest; and

9.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      November 14, 2016

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
     Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Shane Bechler*

# EXHIBIT A

Case 1:16-cv-08837-LAP Document 1-1 Filed 11/14/16 Page 2 of 2



# EXHIBIT B

Protect your iPhone 7 with a brand new iPhone 7 phone case!

# fine**art**america

ART   HOME   TECH          Search 🔍          SELL   CREATE   DISCOVER          🛒

Shop   Collections   Subjects   Community   About                    Help   Sign In   Join

< Back to Shane Bechler   |   Art > Photographs > Hibiscus Photographs



*Tropical Hibiscus* is a photograph by Shane Bechler which was uploaded on February 7th, 2014.

‹ **PREV** | **NEXT** ›          0    31    1

## Tropical Hibiscus

This hibiscus was photographed in Mazatlan, Mexico at a resort during a vacation trip. The iguanas eat these up pretty quick once they bloom, so you have to get out early in the day to get any flower pictures.

 by **Shane Bechler**

      

| Canvas Print | Framed Print | Print |
| $57 | $82 | $33 |

      

| Acrylic Print | Metal Print | Greeting Card |
| $54 | $47 | $17 |

      

| Throw Pillow | Duvet Cover | Tote Bag |
| $44 | $180 | $42 |



## More from Shane Bechler

View Profile   |   Search

               

## Comments

 Post a Comment

There are no comments for *Tropical Hibiscus*.   Click here to post the first comment.

Shower Curtain

$99

Title
Tropical Hibiscus

Artist
Shane Bechler

Medium
Photograph - Digital Photography

Description
This hibiscus was photographed in Mazatlan, Mexico at a resort during a vacation trip. The iguanas eat these up pretty quick once they bloom, so you have to get out early in the day to get any flower pictures.

Uploaded
February 7th, 2014

Statistics
Viewed 82 Times  -  Last Visitor from Merrick, New York on 11/12/2016 at 6:52 PM

Colors

Embed
<a href='http://fineartamerica.com/featured/tr
Preview

Sales Sheet
PDF

Tags

hibiscus   flower   petals   stem   pod

leaf   leaves   plant   botanical   tropical

tropics   tropic   mexico   green   yellow

pink   red   orange   beauty   beautiful

## OUR COMPANY

About Us
Our Products
Fulfillment Centers
In the Press
Announcements
Buyer Reviews
Blog
Start Shopping
White-Label Technology
Wholesale Prints

## ART

Paintings
Photographs
Drawings
Digital Art
Mixed Media
Originals

## SHOP

Canvas Prints
Framed Prints
Metal Prints
Acrylic Prints
Prints
Posters
Greeting Cards
iPhone Cases
Galaxy Cases
Throw Pillows
Duvet Covers
Shower Curtains
Tote Bags
T-Shirts
Men's Apparel
Women's Apparel
Round Beach Towels
Weekender Tote Bags
Portable Battery Chargers
Sample Kits
Gift Cards

## CREATE

Create Your Own Products
Print Instagram Photos

## SELLERS

Sell on Fine Art America
Membership Plans
iPhone App
iPad App
Android App
Shopify App

## CONTACT

Contact Us
FAQ
Discussion Forum
Return Policy
Returns
Terms of Use
Privacy Policy

## LOCATION SETTINGS

Merrick, New York (United States)
Currency: USD ($)
Units: Inches

## STAY CONNECTED

Sign up for our newsletter for exclusive deals, discount codes, and more:

| Your E-Mail Address | Join |

Unsubscribe at any time.

    



Server Status OK

Copyright © 2016 FineArtAmerica.com - All Rights Reserved

# EXHIBIT C

CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN

NEW ARRIVALS     CANDLES     FRAGRANCE     CANDLE ACCESSORIES     TRENDS     SALE     [SEARCH]

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar 22 oz Scented Oval Jar Candle

## FRAGRANCE
EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED



# Tropical Nectar 22 oz Scented Oval Jar Candle

## $25.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: 22 OUNCE OVAL JAR
Dimensions: 22 oz

**Qty:**  1      ADD TO BAG      ADD TO WISH LIST

Add gift wrap  **+ $4.25**

FIND A STORE NEAR YOU



Tweet      [ Like 0 ]

Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant 22 oz oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 22 oz oval jar burns for up to 110 hours.



BROWSE THIS SITE        New Arrivals | Candles | Candle Accessories
                        Shop by Fragrance | Trends | Sale

CUSTOMER SERVICE        FAQ | Contact Us | Colonial Care | Gift Box

SHIPPING & RETURNS      Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address     CONNECT

Tropical Nectar 3.5 oz Scented Oval Jar Candle

CONSUMER HELP | TRACK ORDER     WISH LIST     SHOPPING BAG (0)     CHECKOUT     LOGIN

NEW ARRIVALS     CANDLES     FRAGRANCE     CANDLE ACCESSORIES     TRENDS     SALE     SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME                    FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar 3.5 oz Scented Oval Jar Candle

## FRAGRANCE

EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED





# Tropical Nectar 3.5 oz Scented Oval Jar Candle

## $7.50

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: 3.5 OUNCE OVAL JAR
Dimensions: 3.5 oz

**Qty:**   1      ADD TO BAG     ADD TO WISH LIST

Add gift wrap   + **$4.25**

FIND A STORE NEAR YOU

Like us     Q          Tweet     Like 0

Product Information     Fragrance Notes     Reviews     Related Items     Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant 3.5 oz oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 3.5 oz oval jar burns for up to 21 hours.



BROWSE THIS SITE     New Arrivals | Candles | Candle Accessories
                     Shop by Fragrance | Trends | **Sale**

CUSTOMER SERVICE     Help | Contact Us | About Us | Site Map

SHIPPING & RETURNS     Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address     CONNECT

CONSUMER HELP  |  TRACK ORDER  |  WISH LIST  |  SHOPPING BAG (5)  |  CHECKOUT  |  LOGIN

NEW ARRIVALS     CANDLES     FRAGRANCE     CANDLE ACCESSORIES     TRENDS     SALE     SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar 8 oz Scented Oval Jar Candle

FRAGRANCE
EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED



# Tropical Nectar 8 oz Scented Oval Jar Candle

## $15.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: 8 OUNCE OVAL JAR
Dimensions: 8 oz

**Qty:**  1    ADD TO BAG    ADD TO WISH LIST

Add gift wrap  + **$4.25**

FIND A STORE NEAR YOU

          Tweet    

Product Information     Fragrance Notes     Reviews     Related Items     Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant 8 oz oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 8 oz oval jar burns for up to 50 hours.



BROWSE THIS SITE     New Arrivals  |  Candles  |  Candle Accessories
                     Holiday Fragrance  |  Trends  |  Sale

CUSTOMER SERVICE     FAQ  |  Contact Us  |  Terms, Care & Handling

SHIPPING & RETURNS   Shipping Info  |  Order Tracking  |  Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address      CONNECT

CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN

NEW ARRIVALS    CANDLES    FRAGRANCE    CANDLE ACCESSORIES    TRENDS    SALE    SEARCH

## FREE GROUND SHIPPING on orders over $75 all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Scented Tealight Candles

### FRAGRANCE

EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED



# Tropical Nectar Scented Tealight Candles

## $8.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: TEALIGHTS
Dimensions: .388 oz

Qty:  1   ADD TO BAG   ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet   Like 0

Product Information   Fragrance Notes   Reviews   Related Items   Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Scented tealights add just the right touch of fragrance and beauty to any setting. Packaged in a box of 9, each tealight burns for up to 5.5 hours.



BROWSE THIS SITE   New Arrivals | Candles | Candle Accessories
Why Us Closeouts | Trends | Sale

CUSTOMER SERVICE   FAQ | Contact Us | Contact Us | Site Map

SHIPPING & RETURNS   Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address   CONNECT

CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN

NEW ARRIVALS    CANDLES    FRAGRANCE    CANDLE ACCESSORIES    TRENDS    SALE    SEARCH

## FREE GROUND SHIPPING on orders over $75 all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Fragrance Tester

FRAGRANCE
EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED




# Tropical Nectar Fragrance Tester

**$10.00**
**On Sale For: $1.00**

SALE  RETIRING

Candle Scent: TROPICAL NECTAR
Product Form: FRAGRANCE TESTER

Qty:   1    ADD TO BAG    ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet   Like 0

Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Colonial Candles Fragrance Testers provide an easy way to sample new fragrances. Each pack comes with 25 individually wrapped fragrance cards that can be used in many different ways. Place them in your car or add them to drawers at home; a great way to have your favorite fragrances everywhere you go.



BROWSE THIS SITE    New Arrivals | Candles | Candle Accessories | Shop all Fragrances | Trends | **Sale**

CUSTOMER SERVICE    FAQ | Complaints | Customer Care | Order Status

SHIPPING & RETURNS    Shipping Policy | How to place & return an order | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address    CONNECT

Case 1:16-cv-08837-LAP Document 47-13 Filed 05/15/20 Page 22 of 45

CONSUMER HELP | TRACK ORDER | WISH LIST | SHOPPING BAG (0) | CHECKOUT | LOGIN

NEW ARRIVALS    CANDLES    FRAGRANCE    CANDLE ACCESSORIES    TRENDS    SALE    SEARCH

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Scented Votive Candle

**FRAGRANCE**
EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED



# Tropical Nectar Scented Votive Candle

## $2.00

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: VOTIVE
Dimensions: 2.25 in

Qty:   1    ADD TO BAG    ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet    Like 0

Product Information    Fragrance Notes    Reviews    Related Items    Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Colonial Candle scented votives bring your favorite candle accessories to life and enhance any room of your home with beautiful color and fragrance. Individually wrapped to retain fragrance, our votives burn for up to 17 hours.



BROWSE THIS SITE    New Arrivals | Candles | Candle Accessories
Shop By Fragrance | Trends | **Sale**

CUSTOMER SERVICE    FAQ | Contact Us | About Us | Site Map

SHIPPING & RETURNS    Shipping Info | Order Tracking | Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address    CONNECT

7/27/2016                          Tropical Nectar Simmer Snaps

| CONSUMER HELP | TRACK ORDER    WISH LIST    SHOPPING BAG (0)    CHECKOUT    LOGIN

NEW ARRIVALS      CANDLES      FRAGRANCE      CANDLE ACCESSORIES      TRENDS      SALE      [ SEARCH ]

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

## HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Simmer Snaps

### FRAGRANCE
EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  POMANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED

# Tropical Nectar Simmer Snaps

### $4.00



Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: SIMMER SNAPS

**Qty:**  1       ADD TO BAG       ADD TO WISH LIST

FIND A STORE NEAR YOU

Tweet       [ Like 0 ]

  



Product Information      Fragrance Notes      Reviews      Related Items      Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Colonial Candle Simmer Snaps wax melts provide a convenient, flameless way to enjoy your favorite Colonial Candle fragrances. Each 2.4 oz oval shaped wax package contains six squares that are easily snapped apart and placed in a wax melt warmer for a highly fragrant experience.



BROWSE THIS SITE      New Arrivals | Candles | Candle & Accessories      STAY CONNECTED
                      Indoors Fragrance | Trends | Sale

CUSTOMER SERVICE     Help | Consumer Help | Candle Care | Wish List      For Exclusive Offers, Enter Email Address      CONNECT

SHIPPING & RETURNS   Shipping Info | Order Tracking | Return Policy

| CONSUMER HELP | TRACK ORDER    WISH LIST    SHOPPING BAG (0)    CHECKOUT    LOGIN

NEW ARRIVALS      CANDLES      FRAGRANCE      CANDLE ACCESSORIES      TRENDS      SALE      [SEARCH]

**FREE GROUND SHIPPING** on orders over **$75** all day everyday

HOME

FRAGRANCE → FRUIT → TROPICAL NECTAR → Tropical Nectar Air Freshener

## FRAGRANCE

EDIBLE
FLORAL
FRUIT
  AMBER PORT
  APPLE ORCHARD
  APRICOT MINT
  AUTUMN BLISS
  BERRY SORBET
  BRAZILIAN LYCHEE
  CAIPIRINHA
  CITRUS BOYSENBERRY
  CRANBERRY COSMO
  CUCUMBER FRESCA
  DRAGON FRUIT
  FINE MERLOT
  FRESH STRAWBERRY RHUBARB
  GRAPEFRUIT & GOJI
  GRAPEFRUIT AND
  WHEATGRASS
  GRAPEFRUIT HIBISCUS
  GUAVA & PAPAYA
  ISLAND PINEAPPLE
  JUICY WATERMELON
  KEY WEST
  MANGO SALSA
  MULBERRY
  NAPA VALLEY
  NEW YORK CITY
  OLD FASHIONED LEMONADE
  ORANGE BLOSSOM
  PINA COLADA
  PLUM CASSIS
  PONANDER TEA
  RAINBOW ROW
  SPICED APPLE TODDY
  TROPICAL FIG
  TROPICAL NECTAR
HOLIDAY
NATURALS
NONE
UNSCENTED

# Tropical Nectar Air Freshener

**$3.00**
**On Sale For: $1.50**

SALE  RETIRING

Color: Coral
Candle Scent: TROPICAL NECTAR
Product Form: AIR FRESHENERS

Qty:  1        ADD TO BAG      ADD TO WISH LIST

FIND A STORE NEAR YOU



Tweet      Like 0

Product Information      Fragrance Notes      Reviews      Related Items      Recently Viewed Items

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. With Colonial Candle Air Fresheners, you will never be without great fragrance.



BROWSE THIS SITE       New Arrivals  |  Candles  |  Candle Accessories
                       Shop by Fragrance  |  Trends  |  Sale

CUSTOMER SERVICE       FAQ  |  Contact Us  |  Candle Care  |  Site Map

SHIPPING & RETURNS     Shipping Info  |  Order Tracking  |  Return Policy

STAY CONNECTED

For Exclusive Offers, Enter Email Address      CONNECT

# EXHIBIT D



> **"Colonial Candle® Tropical Nectar Scented Candles" Is Not Available For Sale Online.**
> This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.





🔍 Hover to zoom | Click to view larger

# Colonial Candle® Tropical Nectar Scented Candles

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**

**No Longer Available For Sale Online.**

## Customers Also Viewed











**Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle**

**$1.49**

**Yankee Candle® Bahama Breeze Sampler® Votive Candle**

**$1.99**

**Yankee Candle® Housewarmer® Vanilla Cupcake Votive Candle**

**$1.99**

**Yankee Candle® Good Air® Just Plain Clean™ Odor Eliminating Trial-Size Votive Candle**

**$1.49**

**Yankee Candle® Housewarmer® Pumpkin Pie Votive Candle**

**$1.49**

**CLEARANCE!**

FRAGRANCE OF THE
MONTH

## You May Also Like...











**Yankee Candle®
Housewarmer® Mango
Peach Salsa Small
Classic Jar Candle**

$10.99

**Yankee Candle®
Housewarmer® Mango
Peach Salsa 3-Wick
Candle**

$22.99

**Yankee Candle® Mango
Peach Salsa Medium
Lidded Tumbler Candle**

$24.99

**Yankee Candle® Mango
Peach Salsa Small
Lidded Tumbler Candle**

$15.99

**Yankee Candle® Mango
Peach Salsa Tea Light
Accent Candles (Box of
12)**

$9.99

## In This Collection



**Colonial Candle® Tropical Nectar
Scented Candle in 1.7-Ounce
Votive**

0 Review

**OUT OF STOCK ONLINE**





Colonial Candle® Tropical Nectar Scented
Candle in 8-Ounce Oval Jar Candle
0 Review

**OUT OF STOCK ONLINE**

Colonial Candle® Tropical Nectar 22-Ounce
Oval Scented Jar Candle
0 Review

**OUT OF STOCK ONLINE**

© 2016 Bed Bath & Beyond Inc. and its subsidiaries



---

**"Colonial Candle® Tropical Nectar 22-Ounce Oval Scented Jar Candle" Is Not Available For Sale Online.**
This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.

---



Hover to zoom | Click to view larger

# Colonial Candle® Tropical Nectar 22-Ounce Oval Scented Jar Candle

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**

 **Part of the Colonial Candle® Tropical Nectar Scented Candles Collection**

**No Longer Available For Sale Online.**

## Customers Also Viewed



**Unscented Votive Candles (Set of 20)**

$6.99 Each



**Brazilian Sunset Fragrance Cubes**

$2.99



**Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle**

$1.49



**Yankee Candle® Bahama Breeze Sampler® Votive Candle**

$1.99



**Yankee Candle® Housewarmer® Vanilla Cupcake Votive Candle**

$1.99

## You May Also Like...



**Yankee Candle® Housewarmer® Mango Peach Salsa 3-Wick Candle**

**$22.99**



**Yankee Candle® Housewarmer® Mango Peach Salsa Small Classic Jar Candle**

**$10.99**



**Eva NYC Max Heat Titanium Styling Flat Iron in Galaxy**

**$54.99**

Free Shipping on Orders Over $29



**Yankee Candle® Mango Peach Salsa Medium Lidded Tumbler Candle**

**$24.99**



**Yankee Candle® Housewarmer® Mango Peach Salsa Medium Classic Jar Candle**

**$24.99**

© 2016 Bed Bath & Beyond Inc. and its subsidiaries

Case 1:16-cv-08337-LAP Document 1-4 Filed 12/14/16 Page 7 of 10



> **"Colonial Candle® Tropical Nectar Scented Candle In 1.7-Ounce Votive" Is Not Available For Sale Online.**
> This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.



# Colonial Candle® Tropical Nectar Scented Candle in 1.7-Ounce Votive

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**

 **Part of the Colonial Candle® Tropical Nectar Scented Candles Collection**

**No Longer Available For Sale Online.**

 Hover to zoom | Click to view larger

## Customers Also Viewed



**Unscened Votive Candles (Set of 20)**

**$6.99 Each**



**Yankee Candle® Housewarmer® Red Apple Wreath™ 1.75 Votive Candle**

**$1.49**

Was $1.99



**Yankee Candle® Bahama Breeze Sampler® Votive Candle**

**$1.99**



**Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle**

**$1.49**



**Yankee Candle® Housewarmer® Pumpkin Pie Votive Candle**

**$1.49**

**CLEARANCE!**

CLEARANCE!

FRAGRANCE OF THE
MONTH

FRAGRANCE OF THE
MONTH

## You May Also Like...











**Ultimate Tuffy Bone Dog Toy in Red Paw**

**$11.99**

**Ultimate Tuffy Boomerang Dog Toy in Red Paws**

**$9.99**

**Black & Decker® Stanley 8-Inch Adjustable MaxGrip Wrench**

**$14.99**

**Tuffy® JR Squid Pet Toy in Red**

**$6.99**

**Artland® Tasty Dairy Keeper**

**$9.99**

© 2016 Bed Bath & Beyond Inc. and its subsidiaries



---

> **"Colonial Candle® Tropical Nectar Scented Candle In 8-Ounce Oval Jar Candle" Is Not Available For Sale Online.**
> This item may be discontinued or not carried in your nearest store. Please call your local store to check in-store availability before heading there. For informational purposes, the product details and customer reviews are provided.



# Colonial Candle® Tropical Nectar Scented Candle in 8-Ounce Oval Jar Candle

Colonial Candle® Scented Candles provide a beautiful, fragrant accessory to any home. Creates an inviting atmosphere with realistic fragrances that lighten up your decor.

**Buying Guide to Candles**



Part of the Colonial Candle® Tropical Nectar Scented Candles Collection

**No Longer Available For Sale Online.**

Hover to zoom | Click to view larger

## Customers Also Viewed



**Unscented Votive Candles (Set of 20)**

$6.99 Each



**Loft Living Flameless LED Pillar Candles with Timer in Ivory (Set of 4)**

$19.99



**Yankee Candle® Good Air® Just Plain Fresh™ Odor Eliminating Trial-Size Votive Candle**

$1.49



**Yankee Candle® Bahama Breeze Sampler® Votive Candle**

$1.99



**Yankee Candle® Housewarmer® Vanilla Cupcake Votive Candle**

$1.99

## You May Also Like...

    

**Yankee Candle® Exotic Bloom 2-Wick Lidded Candle Tumbler**

**$19.99**

Was $27.99

CLEARANCE!

**Yankee Candle® Housewarmer® Mango Peach Salsa Small Classic Jar Candle**

**$10.99**

**Yankee Candle® Bahama Breeze Large Lidded Candle Tumbler**

**$27.99**

**Yankee Candle® Mango Peach Salsa Medium Lidded Tumbler Candle**

**$24.99**

**Yankee Candle® Housewarmer® Mango Peach Salsa 3-Wick Candle**

**$22.99**

© 2016 Bed Bath & Beyond Inc. and its subsidiaries

# EXHIBIT E

Colonial Candle Tropical Nectar Jar Candle & Reviews | Wayfair                                    11/12/16, 5:54 PM

FREE SHIPPING Over $49*  |  Up to 70% OFF Friends & Family Thanksgiving Sale »

Registry    Idea Boards    Ac



Departments ⌄    Rooms ⌄    Inspiration    Sale        Find anything for your home...

Décor    Home Accents    ...    Jar Candles    Colonial Candle    SKU: CCAN1301        Share:

**Tropical Nectar Jar Candle** by Colonial Candle

Write the First Review | Ask the First Question

## $63.96   ~~$83.96~~ 24% Off

**Free Shipping on orders over $49.00**

Get it by **Fri, Nov 18**

After this purchase, you'll unlock FREE shipping with NO MINIMUM on all orders through Dec 12





Set of: 4

Add to Cart    Buy It Now    Save to Idea Board

Product Information:



- 10+ in Stock

### Customers Also Viewed

                        

We are Good Friend...    I Forgive and Forge...    Alcohol May Not Sol...    Material Girl Table ...    In Bloom Cape Jas...
$17.99                    $11.99                    $11.99                    $68.99                    $29.99

---

Information    Specifications    Shipping & Returns    Manufacturer    Reviews    Q&A

## Information

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 8 oz oval jar burns for up to 50 hours.

### Features

- Material: Wax
- Cotton wicks
- Scent: Tropical Nectar
- Oval shape
- Made in USA

+ More



Limited-Time Savings on

◯ LE CREUSET®

Shop Now

Advertisement Feedback

## More By This Manufacturer

## Specifications

We're sorry, we have no weights and dimensions for this product.

## Features

Candle Material: Other
- Candle Material Details: Wax

Scented: Yes
- Scent Name: Tropical Nectar
- Type of Scent: Fresh

Candle Type: Jar

Number of Candles Included: 1

Holder Included: Yes
- Holder Material: Glass

Color: Orange

**+ More**

## Shipping & Returns

**Expected delivery dates for 11581 Change**

| Ground – Get it by **Fri, Nov 18** |
| Express – Get it by **Thu, Nov 17** |

Delivery Estimate created on Saturday, November 12, 2016 at 05:52 PM

Shipping Policy

Extended Holiday Return Policy!

Don't sweat the holidays with our extended return policy. You'll have until 01/31/2017 to return purchases placed between 11/01/2016 and 12/25/2016. Just log into My Account to fill out our self-service return process. *Please note, you will be responsible for return shipping costs. If you receive an item that has a problem, please report the issue through My Account. Learn more.

## Wayfair's Manufacturer Insights

When it comes to shopping for furniture, we know that first-hand experience is important in helping you make an informed decision about the item you are purchasing. Wayfair has independently evaluated this brand — no money was exchanged, no favors were fulfilled—so that you can shop with confidence. More Info



| Great | Dependable | Cherished |
| Value | Design | Heirloom |

## Reviews

No one's written a review yet—why not write the first one?

Write the First Review

## Questions & Answers

No one's asked a question yet—why not get the conversation going?

Holiday Sparkle Jar ...
Colonial Candle

$63.96

Holiday Sparkle Jar ...
Colonial Candle

$51.98

Mulberry Jar Candl...
Colonial Candle

$63.96

Mulberry Jar Candl...
Colonial Candle

$51.98

Ceramic Wax Melte...
Colonial Candle

$79.96

## Start Saving with Sherwin-Williams

Love the shade of the product on this page? Save on similar paint colors, or add
swatches to Idea Boards for later.

| SW 6885 | SW 6855 |
| Knockout Orange | Dragon Fruit |

| SW 6431 | SW 2814 |
| Loopfrog | Rookwood Antique Gold |

Save on the colors above with

## $15 OFF*

your purchase of $60 or more at **SHERWIN-WILLIAMS.**

**GET COUPON**

Ask a Question

## Related Products



**Blueberry Scone Jar
Candle (Set of 4)**

Quickview



**Patchouli Jar Candle
(Set of 4)**

Quickview



**Citrus and Sage Jar
Candle**

Quickview



**Day at the Spa Jar
Candle**

Quickview



**English Ivy Jar Candle**

Quickview



**French Vanilla Jar
Candle**

Quickview

Sponsored Links

**expedia.com ▼**
★★★★½ (4.5)

**Tropical Nectar Guest House**
Best Rates or Refund + $50 Coupon. Expedia Guarantees the Best
Price.
Same Day Availability · 11+ Million Hotel Reviews
Ratings: Selection 10/10 · Website 9/10 · Prices 9/10 · Fees 9/10
2015 World's Leading Online Travel Agency · World Travel Awards

Last Minute Deals          Book Hotel+Flight & Save
Exclusive Deals           Luxury Hotels
Verified Hotel Reviews      Build Your Custom Trip

**capecandl... ▼**
★★★★★ (4.9)

**Colonial Candle -Save 15%**
**Colonial Candle** Tapers, Melts, **Jars** Votives,Tealights. Free ship
offer.

**monticellos... ▼**

**Colonial Candles**
20% Off Seasonal Décor, No Minimum! Shop Now and Use Code
HDAY16
Sales Support Monticello · Unique Historical Gifts

Wreaths              Heirloom Seeds
Linens               Pillows & Rugs
Home Accents          Wall Decor

## Recent History



**Tropical Nect...**
Colonial Candle
$51.98



**Tropical Nect...**
Colonial Candle
$63.96

Our Retail Brands

About Wayfair | My Account | Manage Email Subscriptions | Help | Careers | Investors

Enter your email address to save up to 70% every day    Submit

Copyright 2002-2016 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116
Terms of Use | Privacy | Interest-Based Ads | Shop Wayfair International
Your Customer Reference #: 01-X-CSN

FREE SHIPPING Over $49*   |   Up to 70% OFF Friends & Family Thanksgiving Sale »

Registry    Idea Boards    Ac

# ✦ wayfair

Departments ⌄    Rooms ⌄    Inspiration    Sale

Décor    Home Accents    ...    Jar Candles    Colonial Candle    SKU: CCAN1302

Share:

    

## Tropical Nectar Jar Candle by Colonial Candle

Write the First Review | Ask the First Question

## $51.98   $73.98  30% Off

**Free Shipping on orders over $49.00**
Get it by Fri, Nov 18

After this purchase, you'll unlock FREE shipping with NO MINIMUM on all orders through Dec 12

Set of: 2

Add to Cart    Buy It Now    Save to Idea Board

Product Information:
- 10+ in Stock

## Customers Also Viewed

We are Good Friend...     Alcohol May Not Sol...     I Forgive and Forge...     Tropical Garden by...     Washington State U...
$17.99                     $11.99                      $11.99                       $39.99                      $9.41

---

Information    Specifications    Shipping & Returns    Manufacturer    Reviews    Q&A

## Information

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar. Exclusively sold by Colonial Candle, the unique and elegant oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 2 oz oval jar burns for up to 110 hours.

### Features
- Material: Wax
- Cotton wicks
- Scent: Tropical Nectar
- Oval shape
- Made in USA


61% off        58% off

BUY            BUY

Advertisement Feedback

## More By This Manufacturer

+ More

## Specifications

We're sorry, we have no weights and dimensions for this product.

### Features

Candle Material: Other
- Candle Material Details: Wax

Scented: Yes
- Scent Name: Tropical Nectar
- Type of Scent: Fresh

Candle Type: Jar

Number of Candles Included: 1

Holder Included: Yes
- Holder Material: Glass

Color: Orange

**+ More**

## Shipping & Returns

**Expected delivery dates for 11581** Change

| Ground – Get it by **Fri, Nov 18** |
| --- |
| Express – Get it by **Thu, Nov 17** |

Delivery Estimate created on Saturday, November 12, 2016 at 05:54 PM

Shipping Policy

### Extended Holiday Return Policy!

Don't sweat the holidays with our extended return policy. You'll have until 01/31/2017 to return purchases placed between 11/01/2016 and 12/25/2016. Just log into My Account to fill out our self-service return process. *Please note, you will be responsible for return shipping costs. If you receive an item that has a problem, please report the issue through My Account. Learn more.

## Wayfair's Manufacturer Insights

When it comes to shopping for furniture, we know that first-hand experience is important in helping you make an informed decision about the item you are purchasing. Wayfair has independently evaluated this brand — no money was exchanged, no favors were fulfilled—so that you can shop with confidence. More Info



COLONIAL CANDLE

| Great Value | Dependable Design | Cherished Heirloom |

## Reviews

No one's written a review yet—why not write the first one?

Write the First Review

## Questions & Answers

No one's asked a question yet—why not get the conversation going?

---

Holiday Sparkle Jar ...
Colonial Candle

$63.96

Holiday Sparkle Jar ...
Colonial Candle

$51.98

Mulberry Jar Candl...
Colonial Candle

$63.96

Mulberry Jar Candl...
Colonial Candle

$51.98

Ceramic Wax Melte...
Colonial Candle

$79.96

### Start Saving with Sherwin-Williams

Love the shade of the product on this page? Save on similar paint colors, or add
swatches to Idea Boards for later.



| SW 7757 High Reflective White | SW 6640 Tangerine |
| --- | --- |
| SW 6618 Cosmetic Peach | SW 6885 Knockout Orange |

Save on the colors above with

**$15 OFF**

your purchase of $60 or more at *SHERWIN-WILLIAMS.*

*GET COUPON



Ask a Question

## Related Products

| Blueberry Scone Jar Candle (Set of 4) | Patchouli Jar Candle (Set of 4) | Citrus and Sage Jar Candle |
| --- | --- | --- |
| Quickview | Quickview | Quickview |
| Day at the Spa Jar Candle | English Ivy Jar Candle | French Vanilla Jar Candle |
| Quickview | Quickview | Quickview |

## Sponsored Links

**expedia.com ▾**
★★★★☆ (4.3)

**Tropical Nectar Guest House**
Best Rates or Refund + $50 Coupon. Expedia Guarantees the Best Price.
Best Price Guarantee · Same Day Availability · Expedia+ Rewards
Ratings: Selection 10/10 - Website 9/10 - Prices 9/10 - Fees 9/10
2015 World's Leading Online Travel Agency · World Travel Awards

Last Minute Deals          Book Hotel+Flight & Save
Exclusive Deals            Verified Hotel Reviews
Build Your Custom Trip     Luxury Hotels

**capecandl... ▾**
★★★★★ (4.9)

**Colonial Candle -Save 15%**
Colonial Candle Tapers, Melts, Jars Votives,Tealights. Free ship offer.

**monticellos... ▾**

**Colonial Candles**
20% Off Seasonal Décor, No Minimum! Shop Now and Use Code HDAY16
Exclusive Jefferson Gifts · Unique Historical Gifts

Home Accents        Wall Decor
Pillows & Rugs      Wreaths
Heirloom Seeds      Linens

## Recent History



**Tropical Nect...**
Colonial Candle
$63.96



**Tropical Nect...**
Colonial Candle
$51.98

Our Retail Brands

About Wayfair  |  My Account  |  Manage Email Subscriptions  |  Help  |  Careers  |  Investors

Enter your email address to save up to 70% every day    Submit

Copyright 2002-2016 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116
Terms of Use  |  Privacy  |  Interest-Based Ads  |  Shop Wayfair International
Your Customer Reference #: 01-X-CSN

# EXHIBIT F

Case 1:16-cv-08364-LAP Document 471-6 Filed 05/14/20 Page 2 of 9



Free Shipping Over $35 & Free Returns Details

**jet** CATEGORIES

Jet Wholesale Shop | Jet Weekly Shop | Why Shop

Enter Zip Code | Log In | Register

$35.00 away from FREE Shipping

Candles

Home > ... > Home & Tools > Candles

### Fragranced In-line Container CC022, 2181 22oz. Oval Tropical Nectar Candles - Pack of 2 (Pack of 2)
by Colonial Candle

⦿ Rollover to Zoom

**Flavor:** Tropical Nectar

Tropical Nectar

🚚 FREE Shipping and FREE Returns Details

Get 15% off your first 3 orders
Use **TRIPLE15** at checkout
on your first order to qualify. Details

**$49.38** Starting price

| $49.38/ea | $46.91/ea | $46.09/ea | $45.58/ea | $45.43/ea › |

🛒 Add to Cart

**15% OFF** your first 3 orders
Use **TRIPLE15** at checkout
on your first order to qualify.

### Description

For updated, accurate country of origin data, it is recommended that you rely on product packaging or manufacturer information.

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar.

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar.

Exclusively sold by Colonial Candle, the unique and elegant 22-ounce oval jar is a beautiful accessory for any home. Crafted from our premium wax and all cotton wicks, our 22-ounce oval jar burns for up to 95 hours. Cotton 2-wick. Made from the finest ingredients, including proprietary wax blends, exclusive fragrances, lead-free wicks, and dyes that continue the color all the way through. Superior burn performance with long-lasting candles that burn smoothly and evenly. Labels can be easily removed, use the glass container after candle is gone. Dimensions: 7" x 3.2" x 5.8" - SKU: CBK2770.

### Warnings:

**Warning Text:** To prevent fire, keep burning candle within sight. Keep out of reach of children and pets. Never burn or near anything that can catch fire. To reduce sooting, you must trim the wick to 1/4 inch (6.5 mm) each time the candle is to be relit. Avoid using in drafty areas. Remove wick trimmings and other debris. Burn candle on a heat resistant level holder. Discontinue use when 1/2





Colonial Candle 8-Ounce Scented Oval Jar Candle, Tropical
Nectar (Pack of 4)
by MVP Brands

**Flavor:** Tropical Nectar

FREE Shipping and FREE Returns Details

Get 15% off your first 3 orders
Use TRIPLE15 at checkout
on your first order to qualify. Details

**$48.08** Starting price

$48.08/ea   $45.68/ea   $44.87/ea   $44.47/ea   $44.23/ea

Add to Cart

15% OFF your first 3 orders
Use TRIPLE15 at checkout
on your first order to qualify.

Rollover to Zoom

## Description

A tropical burst of citrus, starfruit, and a dash of tantalizing cane sugar.
Exclusively sold by Colonial Candle, the unique and elegant 8-ounce oval jar is a
beautiful accessory for any home. Crafted from our premium wax and all cotton
wicks, our 8-ounce oval jar burns for up to 55 hours.

- Cotton wick
- Made from the finest ingredients, including proprietary wax blends;
  exclusive fragrances; lead-free wicks; and dyes that continue the color all
  the way through
- Superior burn performance with long-lasting candles that burn smoothly
  and evenly
- This 8-ounce scented 2-wick oval jar candle burns for up to 55 hours
- Labels can be easily removed; use the glass container after candle is gone

## Specifications

Color                As Shown

You might also like