UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>    Plaintiff,<br><br>- against -<br><br>MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.<br><br>    Defendants. | Case No. 16-cv-08837 (LAP) (KNF)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for defendant Jet.com, Inc. in the above-captioned action, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> Alexander F. Schlow, Esq.
> **INGRAM YUZEK GAINEN**
>  **CARROLL & BERTOLOTTI, LLP**
> 150 East 42nd Street
> New York, New York 10017
> Tel: (212) 907-9600
> Fax: (212) 907-9681
> E-Mail: aschlow@ingramllp.com

Dated: New York, New York
       August 7, 2020

**INGRAM YUZEK GAINEN**
**CARROLL & BERTOLOTTI, LLP**

By:  s/ Alexander F. Schlow
       Alexander F. Schlow
150 East 42nd Street
New York, New York 10017
Tel: (212) 907-9600
Fax: (212) 907-9681
E-Mail: aschlow@ingramllp.com
*Attorneys for defendant Jet.com, Inc.*

652780_1/03859-0008