```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHANE BECHLER,<br><br>                    Plaintiff,<br><br> -against-<br><br> MVP GROUP INTERNATIONAL, INC.,<br><br>                    Defendant. | No. 16-CV-8837 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In order to correct a filing error, the Court contacted Yekaterina Tsyvkin, counsel of record in this matter. The Court has not been able to locate Attorney Tsyvkin. Moreover, the Court observes that Plaintiff's other counsel of record, Richard Liebowitz, has been suspended from the practice of law in the Southern District of New York. See In the Matter of Richard Liebowitz, No. M-2-238 (S.D.N.Y. Nov. 25, 2020). Unless a notice of appearance is filed by an attorney on behalf of Plaintiff by no later than December 28, 2020, the action will be dismissed for failure to prosecute.

**SO ORDERED.**

Dated:   December 11, 2020
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge