

January 25, 2021

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Bechler v. MVP Group International.,* 1:16-cv-08837 (LAP)

Dear Judge Preska:

We represent Plaintiff Shane Bechler in the above-captioned case. We write to respectfully request the Court's leave to re-file Docket Nos. 43, 44, 45 in response to the Clerk's notations of a clerical error. The docket shows that an error was initially committed by Defendant MVP Group International ("Defendant") at the time it filed its motion for summary judgment at Dkt. #38. This error was corrected at Dkt. #46 and it appears that the Clerk is asking Plaintiff to re-file his opposition papers so as to link to Defendant's corrected filing at Dkt. #46.

Mr. Richard Liebowitz, Plaintiff's former lead counsel, was suspended from practice in this District on November 25, 2020. However, Docket Nos. 43, 44 and 45 were filed by Mr. Liebowitz and Dkt. Nos. 44-45 bear Mr. Liebowitz's e-signature. Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff leave to file his opposition papers "as is" (i.e., as they existed back when they were originally filed in May 2020) for the limited purpose of correcting the ECF filing error noted by the Clerk.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff Shane Bechler*

