## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>    Plaintiff,<br><br>  v.<br><br>MVP GROUP INTERNATIONAL, INC.,<br>BED BATH & BEYOND INC.,<br>WAYFAIR LLC, and JET.COM, INC.<br><br>    Defendants. | Civil Action No. 1:16-cv-08837-LAP<br><br>**DECLARATION OF GEORGE R. MCGUIRE, ESQ.** |

I, George R. McGuire, hereby declare as follows:

1.  I am a member of the law firm Bond, Schoeneck & King, PLLC, which represents defendants MVP Group International, Inc., Bed Bath & Beyond Inc., and Wayfair LLC (collectively, the "MVP Defendants") in this action. I respectfully submit this Declaration in further support of Defendants' Motion for costs, attorneys' fees, and sanctions.

2.  I have practiced law for approximately twenty-five (25) years.

3.  I am a registered patent attorney and the chair of Bond, Schoeneck & King, PLLC's intellectual property and technology practice. I concentrate my practice on intellectual property law, including intellectual property litigation. I am also an adjunct professor at Syracuse University College of Law, where I have taught courses for more than the past 20 years on topics including, among others, internet law, trademark and unfair competition law, and intellectual property.

4.  Attached as **Exhibit A** are copies of invoices that Bond, Schoeneck & King, PLLC issued to MVP Group International, Inc., and which MVP Group International, Inc. paid, reflecting attorneys' fees and costs incurred from September 20, 2018 to date in this action. The invoices attached as Exhibit A are dated October 19, 2018, November 15, 2018, November 15, 2018 (revised), December 7, 2018, January 29, 2019, February 28, 2019, April 23, 2020, May 28, 2020, June 30, 2020, August 28, 2020, and February 22, 2021.

5. From September 2018 to date, I charged MVP Group International, Inc. between $450/hour and $515/hour in this action, which amounts were consistent with my standard billing rates during the relevant period.

6. In addition to myself, Brendan M. Sheehan, Esq. has also worked on this matter. Attorney Sheehan graduated law school in 2011 and has been practicing law for approximately nine (9) years. In September 2018, he was a senior litigation associate with Bond, Schoeneck & King, PLLC and, in January 2020, he became a member of Bond, Schoeneck & King, PLLC's litigation practice. Attorney Sheehan's practice focuses on commercial litigation in both state and Federal court.

7. From September 2018 to date, Attorney Sheehan charged MVP Group International, Inc. between $285/hour and $325/hour in this action, which amounts were consistent with Attorney Sheehan's standard billing rates during the relevant period.

8. In addition to me and Attorney Sheehan, paralegal James O. Calaprico also worked on this matter. Mr. Calaprico was a litigation paralegal with over thirty-five (35) years of experience as a paralegal. From September 2018 to date, Mr. Calaprico charged between $190/hour and $205/hour in this action, which amounts were consistent with Mr. Calaprico's standard rates during the relevant period.

9. As evidenced in Exhibit A, from September 20, 2018 to date, the MVP Defendants incurred $31,543.75 in attorneys' and paralegal fees, and $501.30 in costs.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this April, 2, 2021, in Syracuse, New York.

By: <u>George R. McGuire, Esq.</u>