UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANE BECHLER,<br><br>              Plaintiff,<br><br>     v.<br><br>MVP GROUP INTERNATIONAL, INC., BED BATH & BEYOND INC., WAYFAIR LLC, and JET.COM, INC.<br><br>              Defendants. | Civil Action No.<br>1:16-cv-08837-LAP |

### DECLARATION OF MIOKO C. TAJIKA IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR COSTS, ATTORNEY'S FEES, AND SANCTIONS

Pursuant to 28 U.S.C. § 1746, I, Mioko C. Tajika, hereby declare as follows:

1.      I am a member of Ingram Yuzek Gainen Carroll & Bertolotti, LLP, attorneys for defendant Jet.com, Inc. ("Jet"). I have personal knowledge of the facts set forth herein and submit this declaration in further support of the motion for costs, attorney's fees, and sanctions submitted by defendants MVP Group International, Inc. Bed Bath & Beyond Inc., Wayfair LLC, and Jet (collectively, the "Defendants").

2.      I have practiced law for approximately sixteen (16) years.

3.      I am a member of Ingram Yuzek Gainen Carroll & Bertolotti, LLP's Commercial Litigation, Intellectual Property, Labor and Employment, and Asia Practice groups. I handle a variety of commercial litigation disputes and my practice focuses on intellectual property litigation, including copyright disputes.

4.      Attached as **<u>Exhibit A</u>** are copies of invoices that Ingram Yuzek Gainen Carroll & Bertolotti, LLP issued to Jet, and which Jet paid, reflecting attorneys' fees and costs incurred from September 20, 2018 to date in this action. The invoices attached as Exhibit A are dated:

1

2

October 26, 2018, November 28, 2018, January 25, 2019, April 14, 2020, May 15, 2020, and June 9, 2020.  Portions of the invoices attached as Exhibit A which are not relevant to this action have been redacted.

5. From September 2018 to date, I charged Jet between $445/hour and $490/hour, which amounts were consistent with my standard billing rates during the relevant period.

6. As evidenced in Exhibit A, from September 20, 2018 to date, Jet has incurred $4.20 in costs and expended $10,097.00 in attorneys' fees in defending against Plaintiff's claims in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2021, in New York, New York.

s/ Mioko C. Tajika<br>MIOKO C. TAJIKA