# EXHIBIT A



YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ▮▮▮▮▮

October 26, 2018

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:  150797
Client No.:   3859

## INVOICE SUMMARY

For professional services rendered and disbursements recorded through September 30, 2018

**RE:   Jet.com**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 1 | ███████████████ | ████████ | | ████████ |
| 7 | ███████████████ | | | |
| 8 | Bechler copyright infringement | 222.50 | .00 | 222.50 |
| **Total** | | **222.50** | ███ | ███ |

**TOTAL THIS INVOICE**

Previous Balance

**TOTAL BALANCE DUE**



INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   150797                                          October 26, 2018

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042                             Client No.:            3859
                                                Matter No.:               8
VIA EMAIL: stephanie@jet.com

---

RE:   Bechler copyright infringement

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 9/26/18 | MT | Drafted email to Alex Farber re: status on case and reviewed letters to Court | .50 | 445.00 | 222.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**          **$ 222.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Mioko C. Tajika | 445.00 | .50 | 222.50 |
| **TOTALS** | | **.50** | **$ 222.50** |

**TOTAL THIS MATTER**                             **$ 222.50**

# INGRAM

YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ████████

---

October 26, 2018

Jet.com
353 Bloomfield Avenue                                      Invoice No.:        150797
Montclair, NJ  07042                                       Client No.:         3859
VIA EMAIL: stephanie@jet.com

---

## PAYMENT ADVICE

**RE:  Jet.com**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | $ 225.75 |
| Previous Balance | ████████ |
| **TOTAL BALANCE DUE** | ████████ |

---

### TERMS: DUE UPON RECEIPT

**To insure proper credit to your account, please return this payment advice with your check payable to:
Ingram Yuzek Gainen Carroll & Bertolotti, LLP**

**To pay your invoice by credit card, please visit our website at www.ingramllp.com, and
click on the "Pay your invoice with LawPay" link on the lower right hand side of the page.**

**If paying by wire, please use the invoice number for customer reference.
Our wire notification email address is:  ACCOUNTING@INGRAMLLP.COM.**

**In case of questions about your bill, please contact our Billing Department at:
BILLING@INGRAMLLP.COM or 212.907.9635**

**<u>WIRING INSTRUCTIONS</u>**



**<u>FOR INTERNATIONAL WIRE USE:</u>**

# INGRAM

YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ███████

November 28, 2018

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:          151670
Client No.:            3859

---

## INVOICE SUMMARY

For professional services rendered and disbursements recorded through October 31, 2018

**RE:   Jet.com**

| Matter # | Matter Description | Fees | Costs | Total |
|---:|---|---:|---:|---:|
| 2 | ███████████████ | ██████ | ████ | ██████ |
| 8 | Bechler copyright infringement | 556.25 | .00 | 556.25 |
| **Total** | | ███████ | | |

**TOTAL THIS INVOICE**

Previous Balance

**TOTAL BALANCE DUE**



---

Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue, 6th Floor • New York, NY 10177 • p: 212.907.9600 • f: 212.907.9681 • www.ingramllp.com

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   151670                                         November 28, 2018

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042                          Client No.:            3859
                                             Matter No.:               8
VIA EMAIL: stephanie@jet.com

---

RE:   Bechler copyright infringement

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 10/02/18 | MT | Attended call with Court and other counsel re: motion for summary judgment and email to D. Ebert re: same | .50 | 445.00 | 222.50 |
| 10/03/18 | MT | Conference with D. Ebert re: indemnification from MVP; email to Alex Farber re: same; drafted email to George Maguire re: indemnification by MVP and summary judgment briefing schedule | .75 | 445.00 | 333.75 |

**TOTAL PROFESSIONAL SERVICES RENDERED**           **$ 556.25**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Mioko C. Tajika | 445.00 | 1.25 | 556.25 |
| **TOTALS** | | **1.25** | **$ 556.25** |

**TOTAL THIS MATTER**                              **$ 556.25**

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   151670                                                    November 28, 2018

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**



| 150797 | 10/26/18 | 225.75 | 222.50 | 3.25 |

Previous Balance

**TOTAL BALANCE DUE**



YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ███████

November 28, 2018

Jet.com
353 Bloomfield Avenue                                    Invoice No.:          151670
Montclair, NJ  07042                                     Client No.:             3859
VIA EMAIL: stephanie@jet.com

**PAYMENT ADVICE**

**RE:   Jet.com**

**BALANCE DUE THIS INVOICE**
Previous Balance                          
**TOTAL BALANCE DUE**

**TERMS: DUE UPON RECEIPT**

**To insure proper credit to your account, please return this payment advice with your check payable to:
Ingram Yuzek Gainen Carroll & Bertolotti, LLP**

**To pay your invoice by credit card, please visit our website at www.ingramllp.com, and
click on the "Pay your invoice with LawPay" link on the lower right hand side of the page.**

**If paying by wire, please use the invoice number for customer reference.
Our wire notification email address is:  ACCOUNTING@INGRAMLLP.COM.**

**In case of questions about your bill, please contact our Billing Department at:
BILLING@INGRAMLLP.COM or 212.907.9635**

**WIRING INSTRUCTIONS**



**FOR INTERNATIONAL WIRE USE:**



Taxpayer ID No. ▮▮▮▮▮▮

January 25, 2019

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:    153299
Client No.:     3859

## INVOICE SUMMARY

For professional services rendered and disbursements recorded through December 31, 2018

**RE:   Jet.com**

| Matter # | Matter Description | Fees | Costs | Total |
|---:|---|---:|---:|---:|
| 8 | Bechler copyright infringement | 333.75 | .00 | 333.75 |
| **Total** | | **333.75** | **.00** | **333.75** |

**TOTAL THIS INVOICE**        **$ 333.75**

Previous Balance            $ 3.25

**TOTAL BALANCE DUE**         **$ 337.00**

**INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**

Invoice No.:   153299

January 25, 2019

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042

Client No.:         3859
Matter No.:             8

VIA EMAIL: stephanie@jet.com

RE:   Bechler copyright infringement

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 12/10/18 | MT | Drafted status update for Bechler and Motley Crue case for Michael Kraver | .75 | 445.00 | 333.75 |

**TOTAL PROFESSIONAL SERVICES RENDERED**          **$ 333.75**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Mioko C. Tajika | 445.00 | .75 | 333.75 |
| **TOTALS** | | **.75** | **$ 333.75** |

**TOTAL THIS MATTER**          **$ 333.75**

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   153299                                                        January 25, 2019

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 150797 | 10/26/18 | 225.75 | 222.50 | 3.25 |

Previous Balance                                                        $ 3.25

**TOTAL BALANCE DUE**                                        **$ 337.00**

# INGRAM
YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ███████

January 25, 2019

Jet.com
353 Bloomfield Avenue                                    Invoice No.:          153299
Montclair, NJ  07042                                     Client No.:             3859
VIA EMAIL: stephanie@jet.com

---

## PAYMENT ADVICE

**RE:   Jet.com**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 333.75** |
| Previous Balance | $ 3.25 |
| **TOTAL BALANCE DUE** | **$ 337.00** |

---

### TERMS: DUE UPON RECEIPT

**To insure proper credit to your account, please return this payment advice with your check payable to:
Ingram Yuzek Gainen Carroll & Bertolotti, LLP**

**To pay your invoice by credit card, please visit our website at www.ingramllp.com, and
click on the "Pay your invoice with LawPay" link on the lower right hand side of the page.**

**If paying by wire, please use the invoice number for customer reference.
Our wire notification email address is:  ACCOUNTING@INGRAMLLP.COM.**

**In case of questions about your bill, please contact our Billing Department at:
BILLING@INGRAMLLP.COM or 212.907.9635**

### <u>WIRING INSTRUCTIONS</u>



### <u>FOR INTERNATIONAL WIRE USE:</u>

---

# INGRAM
YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ▮▮▮▮▮▮

April 14, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:       165502
Client No.:          3859

## INVOICE SUMMARY

For professional services rendered and disbursements recorded through March 31, 2020

**RE:   Jet.com**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 8 | Bechler copyright infringement | 2,597.00 | .00 | 2,597.00 |
| **Total** | | **2,597.00** | **.00** | **2,597.00** |

**TOTAL THIS INVOICE**              **$ 2,597.00**

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   165502                                                                                April 14, 2020


Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042                                              Client No.:         3859
                                                                 Matter No.:            8
VIA EMAIL: stephanie@jet.com

_____

RE:   Bechler copyright infringement


**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 3/05/20 | MT | Email to client re: court order re: case status and email to co-counsel G. McGuire re: same. | .10 | 490.00 | 49.00 |
| 3/09/20 | MT | Multiple emails and telephone call with co-defense counsel re: status letter to Court and multiple emails with M. Kraver re: same. Drafted and revised joint status letter and emails with plaintiff's counsel re: revisions to status letter. | 1.50 | 490.00 | 735.00 |
| 3/12/20 | MT | Drafted email to client re: court's March 11, 2020 order and advice on strategy. | .25 | 490.00 | 122.50 |
| 3/13/20 | MT | Analyzed question from client. Drafted and revised response email to client re: strategy on motion for summary judgment. | .50 | 490.00 | 245.00 |
| 3/18/20 | MT | Responded to email from co-counsel re: motion for summary judgment. | .25 | 490.00 | 122.50 |
| 3/19/20 | MT | Reviewed and edited proposed letter to Judge Preska re: motion for summary judgment and emails with M. Kraver re: same. | 1.25 | 490.00 | 612.50 |
| 3/20/20 | MT | Responded to co-counsel re: letter to Court and forward filed letter to client. Reviewed email from co-counsel to plaintiff's counsel. | .25 | 490.00 | 122.50 |
| 3/23/20 | MT | Reviewed S. Bechler's response letter to defendants' pre-motion conference request letter. | .10 | 490.00 | 49.00 |
| 3/24/20 | MT | Email to client re: plaintiff's response to pre-motion conference letter. Reviewed co-counsel's proposed reply in further support of pre-motion conference and responded re: same. | .25 | 490.00 | 122.50 |
| 3/25/20 | MT | Emails to client re: co-counsel's reply letter in further support of pre-motion conference and judge's memo endorsement. | .25 | 490.00 | 122.50 |
| 3/30/20 | MT | Email to client re: status. | .10 | 490.00 | 49.00 |
| 3/31/20 | MT | Emails with co-counsel re: settlement response to plaintiff's counsel. Reviewed and edited proposed response. | .50 | 490.00 | 245.00 |

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   165502

April 14, 2020

**TOTAL PROFESSIONAL SERVICES RENDERED**          **$ 2,597.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Mioko C. Tajika | 490.00 | 5.30 | 2,597.00 |
| **TOTALS** | | **5.30** | **$ 2,597.00** |

**TOTAL THIS MATTER**          **$ 2,597.00**



Taxpayer ID No. █████████

April 14, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:        165502
Client No.:            3859

## PAYMENT ADVICE

**RE:   Jet.com**

## BALANCE DUE THIS INVOICE          $ 2,597.00

## TERMS: DUE UPON RECEIPT

**To insure proper credit to your account, please return this payment advice with your check payable to:
Ingram Yuzek Gainen Carroll & Bertolotti, LLP**

**To pay your invoice by credit card, please visit our website at www.ingramllp.com, and
click on the "Pay your invoice with LawPay" link on the lower right hand side of the page.**

**If paying by wire, please use the invoice number for customer reference.
Our wire notification email address is:  ACCOUNTING@INGRAMLLP.COM.**

**In case of questions about your bill, please contact our Billing Department at:
BILLING@INGRAMLLP.COM or 212.907.9629, 9636 or 9641.**

## <u>WIRING INSTRUCTIONS</u>



## <u>FOR INTERNATIONAL WIRE USE:</u>



YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ▮▮▮▮▮▮

May 15, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:        166220
Client No.:          3859

## INVOICE SUMMARY

For professional services rendered and disbursements recorded through April 30, 2020

**RE:   Jet.com**

| Matter # | Matter Description | Fees | Costs | Total |
|---:|---|---:|---:|---:|
| 8 | Bechler copyright infringement | 4,287.50 | 683.22 | 4,970.72 |
| **Total** | | **4,287.50** | **683.22** | **4,970.72** |

**TOTAL THIS INVOICE**            **$ 4,970.72**

Previous Balance                        $ 2,597.00

**TOTAL BALANCE DUE**            **$ 7,567.72**

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   166220                                                              May 15, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042                                    Client No.:           3859
                                                       Matter No.:              8
VIA EMAIL: stephanie@jet.com

_____

RE:   Bechler copyright infringement

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 4/13/20 | MT | Email to co-counsel re: Local Rule 56.1 statement in support of motion for summary judgment. Reviewed and edited memo of law in support of summary judgment. Drafted and revised M. Tajika declaration in support of motion for summary judgment and email to client re: same. | 3.50 | 490.00 | 1,715.00 |
| 4/14/20 | MT | Emails with M. Kraver re: comments to summary judgment papers. Conducted legal research on case re: scope of license and product packaging. Further revised brief in support of summary judgment and multiple emails with co-counsel re: revisions to papers. Reviewed notice of motion and Rule 56.1 statement. Revised and finalized M. Tajika declaration in support of summary judgment and fees. | 3.25 | 490.00 | 1,592.50 |
| 4/15/20 | MT | Multiple emails with co-counsel re: plaintiff's offer to voluntarily dismiss 2nd claim. Reviewed and executed proposed stipulation of dismissal. Reviewed summary judgment filing and email to co-counsel re: filing. | .75 | 490.00 | 367.50 |
| 4/16/20 | MT | Drafted emails to client re: settlement with plaintiff and indemnification from MVP. Drafted email to co-counsel re: indemnification. | 1.00 | 490.00 | 490.00 |
| 4/22/20 | MT | Responded to email from M. Kraver re: status of case. | .25 | 490.00 | 122.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**          **$ 4,287.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Mioko C. Tajika | 490.00 | 8.75 | 4,287.50 |
| **TOTALS** | | **8.75** | **$ 4,287.50** |

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   166220                                                                    May 15, 2020

**DISBURSEMENTS RECORDED**

| | Description | Amount |
|---|---|---|
| 4/14/20 | Westlaw charges for April 2020 | 683.22 |

**TOTAL DISBURSEMENTS RECORDED**          **$ 683.22**

**TOTAL THIS MATTER**          **$ 4,970.72**

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   166220

May 15, 2020

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 165502 | 4/14/20 | 2,597.00 | .00 | 2,597.00 |

|  |  |
|---|---|
| Previous Balance | $ 2,597.00 |
| **TOTAL BALANCE DUE** | **$ 7,567.72** |



YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ███████

---

May 15, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:       166220
Client No.:          3859

---

**PAYMENT ADVICE**

RE:   **Jet.com**

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 4,970.72** |
| Previous Balance | $ 2,597.00 |
| **TOTAL BALANCE DUE** | **$ 7,567.72** |

---

**TERMS: DUE UPON RECEIPT**

**To insure proper credit to your account, please return this payment advice with your check payable to:
Ingram Yuzek Gainen Carroll & Bertolotti, LLP**

**To pay your invoice by credit card, please visit our website at www.ingramllp.com, and
click on the "Pay your invoice with LawPay" link on the lower right hand side of the page.**

**If paying by wire, please use the invoice number for customer reference.
Our wire notification email address is:  ACCOUNTING@INGRAMLLP.COM.**

**In case of questions about your bill, please contact our Billing Department at:
BILLING@INGRAMLLP.COM or 212.907.9629, 9636 or 9641.**

**<u>WIRING INSTRUCTIONS</u>**



**<u>FOR INTERNATIONAL WIRE USE:</u>**

---

# INGRAM
YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. ███████

June 9, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:          166875
Client No.:            3859

## INVOICE SUMMARY

For professional services rendered and disbursements recorded through May 31, 2020

**RE:  Jet.com**

| Matter # | Matter Description | Fees | Costs | Total |
|---:|---|---:|---:|---:|
| 8 | Bechler copyright infringement | 1,421.00 | .00 | 1,421.00 |
| **Total** | | **1,421.00** | **.00** | **1,421.00** |

**TOTAL THIS INVOICE**          **$ 1,421.00**

Previous Balance                    $ 7,567.72

**TOTAL BALANCE DUE**            **$ 8,988.72**

**INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**

Invoice No.:   166875                                                                                         June 9, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042                                                         Client No.:          3859
                                                                                              Matter No.:              8
VIA EMAIL: stephanie@jet.com

---

RE:   Bechler copyright infringement

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 5/13/20 | MT | Reviewed plaintiff's opposition to motion for summary judgment. Email to M. Kraver re: same. | .50 | 490.00 | 245.00 |
| 5/21/20 | MT | Reviewed and analyzed arguments on reply in support of motion for summary judgment. Edited reply brief and forward same to M. Kraver. | 1.90 | 490.00 | 931.00 |
| 5/26/20 | MT | Reviewed reply brief for final comments and email to co-defense counsel re: comments. | .50 | 490.00 | 245.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED**                    **$ 1,421.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Mioko C. Tajika | 490.00 | 2.90 | 1,421.00 |
| **TOTALS** | | **2.90** | **$ 1,421.00** |

**TOTAL THIS MATTER**                                        **$ 1,421.00**

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

Invoice No.:   166875                                                                  June 9, 2020

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 165502 | 4/14/20 | 2,597.00 | .00 | 2,597.00 |
| 166220 | 5/15/20 | 4,970.72 | .00 | 4,970.72 |

Previous Balance                                               $ 7,567.72

**TOTAL BALANCE DUE**                                    **$ 8,988.72**



YUZEK · GAINEN · CARROLL · BERTOLOTTI · LLP

Taxpayer ID No. █████████

June 9, 2020

Jet.com
353 Bloomfield Avenue
Montclair, NJ  07042
VIA EMAIL: stephanie@jet.com

Invoice No.:          166875
Client No.:             3859

## PAYMENT ADVICE

**RE:   Jet.com**

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 1,421.00** |
| Previous Balance | $ 7,567.72 |
| **TOTAL BALANCE DUE** | **$ 8,988.72** |

### TERMS: DUE UPON RECEIPT

**To insure proper credit to your account, please return this payment advice with your check payable to:
Ingram Yuzek Gainen Carroll & Bertolotti, LLP**

**To pay your invoice by credit card, please visit our website at www.ingramllp.com, and
click on the "Pay your invoice with LawPay" link on the lower right hand side of the page.**

**If paying by wire, please use the invoice number for customer reference.
Our wire notification email address is:  ACCOUNTING@INGRAMLLP.COM.**

**In case of questions about your bill, please contact our Billing Department at:
BILLING@INGRAMLLP.COM or 212.907.9629, 9636 or 9641.**

### WIRING INSTRUCTIONS



### FOR INTERNATIONAL WIRE USE: