# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 23, 2021

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>*Bechler v. MVP Group International, Inc. et al.,* 1:16-cv-08837 (LAP)</u>

Dear Judge Preska:

    We represent Plaintiff Shane Bechler ("Plaintiff") in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal by such time.

    Plaintiff also requests that the Court adjourn all dates, including today's deadline for Plaintiff to file an opposition brief to Defendants' Motion for costs and attorneys' fees, until such time as Dismissal is entered. Defendants consent to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*
*Shane Bechler*

