

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**GEORGE R. MCGUIRE, ESQ.**
gmcguire@bsk.com
P: 315.218.8515

June 9, 2021

**VIA ELECTRONIC FILING**

Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Bechler v. MVP Group International, Inc. et al. - Case No. 16-cv-8837*

Dear Judge Preska:

We represent MVP Group International, Inc. ("MVP"), Bed Bath & Beyond Inc. ("BBB"), and Wayfair LLC ("Wayfair") (collectively, the "MVP Defendants") in the above-referenced action. We also write on behalf of counsel for Defendant Jet.com ("Jet") (collectively, with the MVP Defendants, "Defendants").

In an April 23, 2021 letter, Plaintiff's counsel informed Your Honor that the parties had reached a settlement in principle. Dkt. No. 69. On April 26, 2021, Your Honor issued an Order directing the Clerk of the Court to mark the action closed, subject to reopening within thirty days if the settlement was not effected. Dkt. No. 70. Plaintiff's counsel provided Defendants a draft settlement agreement on May 19, 2021, and the parties are continuing to negotiate the final terms of that agreement. Defendants therefore respectfully request that Your Honor <u>extend the time within which the parties may reopen the case if settlement is not effected to and including July 8, 2021.</u>

Thank you for your consideration of this matter.

Respectfully,

BOND, SCHOENECK & KING, PLLC

/s/ George R. McGuire

George R. McGuire
cc: Counsel of Record (*via ECF*)

**SO ORDERED.**

Dated:   June 10, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

12613128.1 6/8/2021

Attorneys At Law | A Professional Limited Liability Company